Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ANIMAL PROTECTION AND
RESCUE LEAGUE, a nonprofit
corporation, and DOROTA VALLI,
an individual, vs

THE STATE OF CALIFORNIA, THE
CITY OF SAN DIEGO
DEPARTMENT OF PARKS AND
RECREATION, MAYOR JERRY
SANDERS, AND DOES 1 TO 100

SUMMONS IN A CIVIL ACTION
Case No.         DEPUTY

**'07 CV 2320 JM AJB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Bryan W. Pease, 302 Washington St. #404, San Diego, CA 92103

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



DEC 11 2007

W. Samuel Hamrick, Jr.

J. PARIS

By _____, Deputy Clerk         DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)