BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>　　　　　　Defendants. | Civil Action, Case No. 2007 CV 2320 JM AJB<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:  January 25, 2007<br><br>Time:  1:30pm<br><br>Courtroom:  16 |

1

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION
CASE NO. 07 CV 2320 JM AJB

To defendants State of California, City of San Diego Department of Parks and Recreation, and Mayor Jerry Sanders:

NOTICE IS HEREBY GIVEN that, on January 25, 2007 at 1:30pm, or as soon thereafter as the matter may be heard, in Courtroom 16 of this court, located at 940 Front St., San Diego, CA 92101, plaintiffs will, and hereby do, move the court for a preliminary injunction enjoining and restraining the above-named defendants and their officers, agents, employees, representatives, and all persons acting in concert or participating with them, from engaging in or performing, directly or indirectly, any and all of the following acts:

1) Harassing seals or excavating sand from Children's Pool Beach without obtaining a permit under the Marine Mammal Protection Act, 16 U.S.C. § 1361, et. seq.

Plaintiffs will also, and hereby do, move the court for a preliminary injunction requiring the above-named defendants to do the following:

2) Close the sand level of Children's Pool Beach to the public during pupping season, Dec. 15 through May 15, and

3) Carry out the City Council's resolution R-301368, passed April 19, 2006, to install a rope barrier at Children's Pool Beach during pupping season.

The motion will be based on this notice, on the declarations of Dorota Valli and Bryan W. Pease, on the memorandum of points and authorities served and filed with this motion, on the Verified Complaint and other papers and records on file, and on such oral and documentary evidence as may be presented at the hearing of the motion.

Dated: December 19, 2007

By: /s/ bryanwpease
    Bryan W. Pease
    Attorney for Plaintiffs