BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>Defendants. | Civil Action, Case No.:<br><br>DECLARATION OF DOROTA VALLI IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: January 25<br>Time: 1:30pm<br>Courtroom: 16<br>Judge: Hon. Jeffrey T. Miller |

Pursuant to 28 U.S.C. § 1746, I, DOROTA VALLI, declare the following:

1. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2. On December 16, 2007, the second day of pupping season for the harbor seals at CPB according to NOAA, several divers from the San Diego Dive Club arrived at approximately 8:00am. Convicted felon David Wayne Pierce placed two large signs at the entrance to the beach reading "CHILDREN'S POOL BEACH IS OPEN FOR SWIMMING AND DIVING." He then went down onto the beach and scared several seals into the water. John Leek then led

1  several divers into the water, flushing many more seals.  At one point a diver requested lifeguard
2  assistance, then turned the lifeguard away when he came down.  Pierce and Leek then blamed the
3  lifeguard for scaring the seals.
4       3.     In total, the San Diego Dive Club members flushed approximately 50-60 seals
5  that day.  Many members of the public were visibly upset at seeing the pregnant seals harassed,
6  disturbed and scared into the water.  I was deeply upset and traumatized and had my seal
7  watching experience ruined.
8       4.     The vast majority of the public that comes to CPB enjoys watching seals and
9  keeps a respectful distance.  The rope barrier maintained by the City has in the past been crucial
10 for informing people what is a safe distance.  Without the rope, people often get too close,
11 scaring the seals into the water, which during pupping season can cause nursing pups to be
12 separated from their mothers.  I have personally witnessed this happen several times in years past
13 when there was no rope, and I have seen pups die as a result.
14      5.     Two years ago, there were several miscarriages believed to be due to increased
15 stress caused by the lack of a pupping season rope.  Last year, the City Council ordered the rope
16 be put up on an emergency basis while Parks and Rec obtained the necessary permits for a rope
17 to be installed each year on a regular basis.
18      6.     Last year while the rope was up, on December 24, 2006, an individual crossed the
19 rope barrier and walked quickly toward the seals, causing them to stampede into the water.  One
20 of the heavily pregnant seals aborted her fetus during this incident, and the prematurely born seal
21 pup died the next day.  While the rope is helpful at keeping most people back from the pregnant
22 and nursing seals, closing the beach during pupping season would be much more effective at
23 protecting them.
24
25
26
27
28

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on: December 17, 2007

                                              By: /s/ dorotavalli
                                                    Dorota Valli