# PROOF OF SERVICE

*ANIMAL PROTECTION AND RESCUE LEAGUE V. STATE OF CALIFORNIA*
U.S. District Court Case No.: 07 CV 2320 JM AJB

I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DOROTA VALLI; DECLARATION OF BRYAN W. PEASE; ORDER**

I served the individuals named by personal delivery:

Attorney General
110 W. "A" St.
San Diego, CA 92101

City Attorney
1200 Third Ave.
San Diego, CA 92101
[2 copies – delivery refused by Carmen Sandoval – resent by mail]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 19, 2007, San Diego, California.

/s/ bryanwpease
Bryan W. Pease