```
 1  MICHAEL J. AGUIRRE, City Attorney
    GEORGE F. SCHAEFER,
 2  California State Bar No. 139399
        Office of the City Attorney
 3      1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
 4      Telephone: (619) 533-5800
        Facsimile:  (619) 533-5856
 5

 6  Attorneys for Defendant
    City of San Diego and
 7  Mayor Jerry Sanders
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100, <br><br> Defendants. | Case No. 07 CV 2320 JM AJB <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS TO FILE A RESPONSIVE PLEADING TO THE PLAINTIFFS' COMPLAINT** <br><br> Judge: Hon. Jeffrey T. Miller <br> Court Room: 16 <br> Magistrate: Hon. Anthony L. Battaglia |

Defendants Mayor Jerry Sanders and the City of San Diego, erroneously sued as the City of San Diego Department of Parks and Recreation, and Plaintiffs Animal Protection and Rescue League and Dorota Valli file this joint motion for an extension of time for the Defendants to file a responsive pleading to the Plaintiffs' complaint against the City. The following grounds support this joint motion:

1. Plaintiffs' complaint against the Defendants alleges violations of the Marine Mammal Protection Act, 16 U.S.C. § 1361 *et seq.*

2. Plaintiffs seek injunctive relief which includes an order requiring the Defendants to put up a rope barrier to protect harbor seals at Children's Pool Beach during the seal pupping season.

///

3. On January 4, 2008, the Superior Court for the State of California confirmed its tentative decision that the City is enjoined from putting up such a rope barrier. *See* Exhibit A.

4. The Defendants need an extension of time to serve their responsive pleading to the Plaintiff's complaint from the current deadline of January 7, 2008 to January 11, 2008 in order to further evaluate this state court decision.

5. The undersigned counsel for the City, George F. Schaefer, certifies that this joint motion is acceptable to opposing counsel, Bryan Pease, who has given permission to sign his electronic signature below reflecting such non-opposition.

Dated: January 4th, 2008         MICHAEL J. AGUIRRE, City Attorney

By:   s/George Schaefer
GEORGE SCHAEFER, SBN #139399
Deputy City Attorney

Attorneys for Defendant
The City of San Diego

Dated: January 4, 2008

By:   s/Bryan W. Pease
BRYAN W. PEASE, SBN #239139
Attorney at Law

Attorneys for Plaintiffs Animal Protection Rescue League and Dorota Valli