MICHAEL J. AGUIRRE, City Attorney
GEORGE F. SCHAEFER,
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:  (619) 533-5856

Attorneys for Defendant
City of San Diego and
Mayor Jerry Sanders

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No.  07 CV 2320 JM AJB<br><br>**DECLARATION OF SERVICE**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia |

    I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

- **JOINT MOTION FOR EXTENSION OF TIME FOR THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS TO FILE A RESPONSIVE PLEADING TO THE PLAINTIFFS' COMPLAINT**

on the individuals listed below in the manner indicated.

<u>**Electronic Mail**</u>

    I served the following by electronic mail at the e-mail addresses listed below:

- **Bryan W Pease**
  bryanpease@gmail.com

///

///

1 | Executed: January 4, 2008, at San Diego, California.

2

3 | _s/George F. Schaefer_
**GEORGE F. SCHAEFER**
E-mail: GSchaefer@sandiego.gov

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28