UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No. 07 CV 2320 JM AJB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS TO FILE A RESPONSIVE PLEADING TO THE PLAINTIFFS' COMPLAINT**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia |

    The Plaintiffs, Defendant Mayor Jerry Sanders, and Defendant City of San Diego, sued as the City of San Diego Department of Parks and Recreation, have filed a joint motion. In the joint motion, Mayor Sanders and the City seek an extension of time of until January 11, 2008 to file their responsive pleading to the Plaintiffs' complaint. The Court finds good cause to grant this extension request.

    IT IS THEREFORE ORDERED that the current deadline of January 4, 2008 for Mayor Sanders and the City of San Diego to file their responsive pleading to the Plaintiffs' complaint is extended to January 11, 2008.

January 8, 2008

_____
Honorable Jeffery T. Miller
United States District Court Judge