1  **EDMUND G. BROWN JR.**, Attorney General
     of the State of California
2  **JOHN A. SAURENMAN,**
         **Supervising Deputy Attorney General**
3  **CHRISTINA BULL ARNDT,** (State Bar No. 175403)
         **Deputy Attorney General**
4  300 South Spring Street, Suite 1702
   Los Angeles, California  90013-1204
5  Telephone:  (213) 897-8964
   Facsimile:  (213) 897-2801
6  Email:  christina.arndt@doj.ca.gov

7  Attorneys for Defendant State of California,
   acting by and through the California State Lands Commission

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>                    Plaintiffs,<br><br>     v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>                    Defendants. | CASE NO. 07 CV 2320 JM AJB<br><br>**DEFENDANT THE STATE OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:  May 9, 2008<br>Time:  10:30 a.m.<br>Ctrm:  6 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that on May 9, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard in Courtroom 6 of the above-entitled court, located at 940 Front Street, San Diego, California, defendant the State of California will and hereby does move to dismiss the Complaint.  This motion to dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.  This motion is made on the grounds that there is no actual controversy against the State

of California, the matter is unripe for adjudication, and the State is not a necessary party under the facts as currently pled.

This motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities and Request for Judicial Notice, the pleadings and records on file herein, and such other matters as may be presented at the hearing.

Dated: January 9, 2008          Respectfully submitted,

EDMUND G. BROWN JR, Attorney General
of the State of California
JOHN A. SAURENMAN,
   Supervising Deputy Attorney General
CHRISTINA BULL ARNDT,
   Deputy Attorney General

By: s/Christina Bull Arndt
   CHRISTINA BULL ARNDT

Attorneys for Defendant the State of California, acting by and through the California State Lands Commission
E-mail: christina.arndt@doj.ca.gov

2