**EDMUND G. BROWN JR.**, Attorney General
  of the State of California
**JOHN A. SAURENMAN,**
     Supervising Deputy Attorney General
**CHRISTINA BULL ARNDT,** (State Bar No. 175403)
     Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California  90013-1204
Telephone:  (213) 897-8964
Facsimile:  (213) 897-2801
Email:  christina.arndt@doj.ca.gov

Attorneys for Defendant State of California,
acting by and through the California State Lands Commission

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>Defendants. | CASE NO. 07 CV 2320 JM AJB<br><br>**DEFENDANT THE STATE OF CALIFORNIA'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>New Date:   February 29, 2008<br>Time:           1:30 p.m.<br>Ctrm:           16 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that the Motion to Dismiss previously noticed to be heard on May 9, 2008 by Defendant the State of California will be heard on February 29, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 16 of the above-entitled court, located at 940 Front Street, San Diego, California.  Defendant's motion to dismiss is made pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.   This motion is made on the grounds that there is no actual controversy against the State of California, the matter is

unripe for adjudication, and the State is not a necessary party under the facts as currently pled.

This motion is based on this Notice of Motion, the previously-filed Memorandum of Points and Authorities and Request for Judicial Notice, the pleadings and records on file herein, and such other matters as may be presented at the hearing.

Dated: January 10, 2008

Respectfully submitted,

EDMUND G. BROWN JR, Attorney General
of the State of California
JOHN A. SAURENMAN,
   Supervising Deputy Attorney General
CHRISTINA BULL ARNDT,
   Deputy Attorney General

By:  s/Christina Bull Arndt
    CHRISTINA BULL ARNDT

Attorneys for Defendant the State of California, acting by and through the California State Lands Commission
E-mail:  christina.arndt@doj.ca.gov

2