BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>Defendants. | Civil Action, Case No. 2007 CV 2320 JM AJB<br><br>PLAINTIFFS' AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:  January 25, 2008<br>Time:  1:30pm<br>Courtroom:  16 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Motion for Preliminary Injunction erroneously noticed to be heard on January 25, 2007 by plaintiffs will be heard on January 25, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 16 of the above-entitled court, located at 940 Front Street, San Diego, California.

1                              AMENDED NOTICE OF MOTION
                               FOR PRELIMINARY INJUNCTION
                               CASE NO. 07 CV 2320 JM AJB

Dated: January 10, 2008

By: /bryanpease/
    Bryan W. Pease
    Attorney for Plaintiffs