1 | **EDMUND G. BROWN JR.,** Attorney General
     of the State of California
2 | **JOHN A. SAURENMAN,**
         **Supervising Deputy Attorney General**
3 | **CHRISTINA BULL ARNDT,** (State Bar No. 175403)
         **Deputy Attorney General**
4 | 300 South Spring Street, Suite 1702
    Los Angeles, California 90013-1204
5 | Telephone: (213) 897-8964
    Facsimile: (213) 897-2801
6 | Email: christina.arndt@doj.ca.gov

7 | Attorneys for Defendant State of California,
    acting by and through the California State Lands Commission

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual, <br><br>           Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100, <br><br>           Defendants. | CASE NO. 07 CV 2320 JM AJB <br><br> **DEFENDANT THE STATE OF CALIFORNIA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT** <br><br> Date: May 9, 2008 <br> Time: 10:30 a.m. <br> Ctrm: 6 |

Pursuant to the provisions of Federal Rule of Evidence, Rule 201, defendant State of California requests this Court to take judicial notice of the judgment in O'Sullivan v. City of San Diego, San Diego Superior Court Case No. GIC 826918. A true and correct copy of the judgment is attached hereto as Exhibit A. This request is made pursuant to Defendant's Motion to Dismiss the Complaint. A Court may take judicial notice of

///

///

///

1

1  documents in the public record on a Motion to Dismiss.  <u>Shaw v. Hahn</u>, 56 F.3d 1128,
2  1129 n.1 (9th Cir. 1995).
3  Dated: January 9, 2008                    Respectfully submitted,

EDMUND G. BROWN JR, Attorney General
of the State of California
JOHN A. SAURENMAN,
    Supervising Deputy Attorney General
CHRISTINA BULL ARNDT,
    Deputy Attorney General


By:  <u>s/Christina Bull Arndt</u>
    CHRISTINA BULL ARNDT

Attorneys for Defendant the State of California, acting by and through the California State Lands Commission
E-mail:  christina.arndt@doj.ca.gov

2