## DECLARATION OF SERVICE BY ELECTRONIC FILING

Case Name: **ANIMAL PROTECTION AND RESCUE LEAGUE, v. STATE OF CALIFORNIA, et al.**
**USDC - SOUTHERN Case No.: 07 CV 2320 JM AJB**

I declare:

    I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

    On <u>January 11, 2008</u>, I have caused the following documents;

1. DEFENDANT THE STATE OF CALIFORNIA'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

    to be electronically served on the following persons, who are currently on the list to receive e-mail notices for this case:

Bryan W. Pease:  bryanpease@gmail.com
George F. Schaefer:  GSchaefer@sandiego.gov; GBotha@sandiego.gov

    I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 11, 2008, at Los Angeles, California.

|  R.L. Norrington  |  s/R.L. Norrington  |
|:---:|:---:|
| Declarant | Signature |

LA2008300017
60270195.wpd