MICHAEL J. AGUIRRE, City Attorney
GEORGE F. SCHAEFER,
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile:  (619) 533-5856

Attorneys for Defendant
City of San Diego and
Mayor Jerry Sanders

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No. 07 CV 2320 JM AJB<br><br>**DECLARATION OF STACEY LOMEDICO IN SUPPORT OF THE OPPOSITION OF THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia |

I, Stacey LoMedico, do declare as follows:

1. I am the Director of City of San Diego's Department of Park and Recreation.

2. I make this declaration based upon my own personal knowledge, except as to those matters set forth in this declaration on information and belief, and as to those matters, I believe them to be true. If called upon to testify as to those matters stated in this declaration, I could and would competently testify to those matters.

3. My Department shares responsibility for complying with the order of the Superior Court of California, San Diego County, Super. Ct. No. GIC 826918 which requires, among other things, that, "Defendant City of San Diego is ordered to employ all reasonable means to restore the Children's Pool to it 1941 condition by removing the sand build-up and further to reduce the

level of water contamination in the Children's Pool to levels certified by the County of San Diego as being safe for humans."

4. The Department intends to comply by taking measures to remove the seals from Children's Pool Beach once the dredging project is ready to proceed unless the Superior Court clarifies that the seals must be removed at an earlier date.

5. I intend to consult with NOAA before taking any measures to remove the seals to ensure that such actions are in compliance with federal law.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed this 11th day of January, 2008, at San Diego, California.

By: _____
Stacey LoMedico
Director of Park and Recreation
City of San Diego