```
 1  Paul R. Kennerson, State Bar No. 45430
    KENNERSON & GRANT
 2  101 West Broadway, Suite 1150
    San Diego, CA  92101
 3  Telephone:    +1 619 236 1255
    Facsimile:    +1 619 236 0555
 4  Email:        paul@kennersongrant.com

 5  Attorneys for Movant
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No.  07 CV 2320 JM (AJB)<br><br>**NOTICE OF APPEARANCE**<br><br>**CRTRM: 16** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Paul Kennerson of Kennerson & Grant will be appearing as counsel of record for Movant, Valerie O'Sullivan, in this lawsuit. Copies of all pleadings that are e-filed in this matter should be copied to Paul Kennerson at paul@kennersongrant.com.

Dated:  January 15, 2008                    KENNERSON & GRANT


                                            By:s/Paul R. Kennerson
                                            Attorneys for Movant
                                            Email:  paul@kennersongrant.com

1