1  Paul R. Kennerson, State Bar No. 45430
   **KENNERSON & GRANT**
2  101 West Broadway, Suite 1150
   San Diego, CA 92101
3  Telephone:    +1 619 236 1255
   Facsimile:    +1 619 236 0555
4  Email:        paul@kennersongrant.com

5  Attorneys for Movant

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>*EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR VALERIE O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE RESPONSIVE PLEADING<br><br>DATE:  TBD<br>TIME:  TBD<br>CRTRM: 16 |

The Plaintiffs in this action have filed a Motion for Preliminary Injunction, which is currently scheduled for hearing on January 25, 2008.  Plaintiffs' motion seeks (1) to enjoin the State of California, the City of San Diego Department of Parks and Recreation and Mayor Jerry Sanders from harassing seals or excavating sand from Children's Pool beach and require them to (2) close the sand level of the Children's Pool to the public and (3) install a rope barrier at the Children's Pool.  The issues presented by Plaintiffs' motion were finally determined by the Superior, Appellate, and Supreme Courts of California in favor of Movant Valerie O'Sullivan.  Plaintiffs' motion seeks, essentially, to overturn the California State Court Judgment Ms. O'Sullivan received.

Notwithstanding Ms. O'Sullivan's substantial interest in this matter, Plaintiffs did not name Ms. O'Sullivan as a party to this action or give her notice of these proceedings.  In order to protect Ms. O'Sullivan's substantial interests obtained in the recent judicial affirmations of her rights, Ms.

1  O'Sullivan must seek to intervene in this action. Since the notice period provided by the Local
2  Rules of this Court would result in Plaintiffs Motion for Preliminary Injunction being heard before
3  Ms. O'Sullivan's Motion to Intervene, Ms. O'Sullivan seeks an Order Shortening Time for hearing
4  the Motion to Intervene.

5  Since Ms. O'Sullivan must file her Motion to Intervene with short notice, Ms. O'Sullivan
6  further requests leave to file a proposed responsive pleading twenty (20) days from hearing of this
7  Application.

8  Counsel for Ms. O'Sullivan provided notice of the filing of this Application by faxing
9  Plaintiffs' counsel a letter on Monday, January 14, 2008.

10  This Application is based on the Memorandum In Support of *Ex Parte* Application, the
11  Declaration of Paul Kennerson, the Declaration of Bibianne Fell, the Request for Judicial Notice, the
12  Notice of Lodgment, and all pleadings and papers on file in this action, and upon such other matters
13  as may be presented to the Court at the time of hearing.

14  Dated:  January 15, 2008                    KENNERSON & GRANT

16                                               By: s/Paul R. Kennerson
                                                    Attorneys for Movant
17                                                  Email: paul@kennersongrant.com