1   Paul R. Kennerson, State Bar No. 45430
    **KENNERSON & GRANT**
2   101 West Broadway, Suite 1150
    San Diego, CA  92101
3   Telephone:    +1 619 236 1255
    Facsimile:    +1 619 236 0555
4   Email:        paul@kennersongrant.com

5   Attorneys for Movant

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  ANIMAL PROTECTION AND RESCUE          **Case No.  07 CV 2320 JM (AJB)**
    LEAGUE a nonprofit corporation, and
11  DOROTA VALLI, an individual,          **DECLARATION OF PAUL
                                          KENNERSON IN SUPPORT OF *EX
12              Plaintiffs,               PARTE* APPLICATION FOR AN
                                          ORDER SHORTENING TIME AND
13      v.                                MOTION TO INTERVENE**

14  THE STATE OF CALIFORNIA, THE CITY     **DATE:   TBD**
    OF SAN DIEGO DEPARTMENT OF PARKS      **TIME:   TBD**
15  AND RECREATION, MAYOR JERRY           **CRTRM: 16**
    SANDERS, and DOES 1 to 100,
16
                Defendants.
17

18          I, Paul Kennerson, declare:

19          1.      I am an attorney with Kennerson & Grant, counsel for Movant Valerie O'Sullivan

20  ("Movant").  I am licensed to practice law in the State of California and am lead counsel responsible

21  for representing Ms. O'Sullivan in this matter.  I also represented Ms. O'Sullivan in a related matter,

22  *O'Sullivan v. City of San Diego*, before the California Superior Court, County of San Diego (Case

23  No. GIC826918), before the California Court of Appeals, 4th Appellate District (Case No.

24  D047382), and before the Supreme Court of California (Case No. S157299).  I have personal

25  knowledge of the facts contained in this declaration.  If called as a witness I could and would testify

26  that the following facts are true and correct, based upon my own personal knowledge, except where

27  stated my knowledge is upon information and belief.

28  ///

                                            1

SDODMS1/684788.1

1      2.      On March 12, 2004, I filed the Complaint in *O'Sullivan v. City of San Diego* in the

2  California Superior Court, County of San Diego on behalf of Valerie O'Sullivan, as a private

3  attorney general and resident of San Diego.

4      3.      On June 9, 2005, the State of California filed a stipulation, agreeing to be bound by

5  the judgment to be entered by the trial court.

6      4.      Attached to the Notice of Lodgment as Exhibit 1 is a true and correct copy of the

7  Final Statement of Decision, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of

8  California, County of San Diego, August 26, 2005).

9      5.      Attached to the Notice of Lodgment as Exhibit 2 is a true and correct copy of the

10 Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of

11 San Diego, October 4, 2005).

12     6.      Attached to the Notice of Lodgment as Exhibit 3 is a true and correct copy of the

13 Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct.

14 App., 4th Dist., September 7, 2007).

15     7.      Attached to the Notice of Lodgment as Exhibit 4 is a true and correct copy of the

16 Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007).

17     8.      Attached to the Notice of Lodgment as Exhibit 5 is a true and correct copy of the

18 Tentative Ruling on Motion to Clarify the Court's Injunction, *O'Sullivan v. City of San Diego*, GIC

19 826918 (Superior Court of California, County of San Diego, January 3, 2008).  The court heard the

20 City of San Diego's motion on January 4, 2008 and, after the hearing, adopted its Tentative Ruling.

21     9.      Attached to the Notice of Lodgment as Exhibit 6 is a true and correct copy of the

22 Proposed Motion to Intervene that Valerie O'Sullivan seeks to file on shortened notice.

23     10.     Based upon information and belief, Ms. O'Sullivan was not served a copy of the

24 Complaint or Motion for Preliminary Injunction in the above-captioned matter, or otherwise given

25 notice by Plaintiffs of this matter.

26     11.     I have not been served a copy of the Complaint or Motion for Preliminary Injunction

27 in the above-captioned matter, or otherwise been given notice by Plaintiffs of this matter.  I first

28 learned of Plaintiffs' Motion for Preliminary Injunction shortly before the California Superior

2

SDODMS1/684788.1

1    Court's January 4, 2008 hearing of the City of San Diego's Motion to Clarify the Court's Injunction.

2    After learning the January 4, 2008 ruling conflicts with Plaintiffs' Motion for Preliminary

3    Injunction, my co-counsel and I began preparation of the instant *Ex Parte* Application and Motion to

4    Intervene.

5         I declare under penalty of perjury pursuant to the laws of the State of California and the

6    United States of America that the foregoing is true and correct.  This Declaration is executed this

7    15th day of January 2008, at San Diego, California.

8

9

10                                                   s/Paul R. Kennerson
                                                     Attorneys for Movant
11                                                   Email:    paul@kennersongrant.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07 CV 2320 JM (AJB)
DECLARATION OF PAUL KENNERSON

SDODMS1/684788.1