1  Paul R. Kennerson, State Bar No. 45430
   **KENNERSON & GRANT**
2  101 West Broadway, Suite 1150
   San Diego, CA  92101
3  Telephone:    +1 619 236 1255
   Facsimile:    +1 619 236 0555
4  Email:        paul@kennersongrant.com

5  Attorneys for Movant

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| 10  ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and 11  DOROTA VALLI, an individual, | Case No.  07 CV 2320 JM (AJB) |
| 12               Plaintiffs, | **DECLARATION OF BIBIANNE U. FELL IN SUPPORT OF** *EX PARTE* **APPLICATION FOR AN ORDER SHORTENING TIME AND LEAVE TO FILE RESPONSIVE PLEADING** |
| 13        v. | |
| 14  THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS 15  AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100, | **DATE:    TBD** **TIME:    TBD** **CRTRM: 16** |
| 16 17               Defendants. | |

18         I, Bibianne U. Fell, declare:

19         1.     I am an attorney with Baker & McKenzie LLP, assisting Paul Kennerson, counsel of

20  record for Movant Valerie O'Sullivan ("Movant"), in this matter.  I am licensed to practice law in

21  the State of California.  I have personal knowledge of the facts contained in this declaration.  If

22  called as a witness I could and would testify that the following facts are true and correct, based upon

23  my own personal knowledge.

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

1      2.     On Monday, January 14, 2008, I gave Plaintiffs' counsel notice of Ms. O'Sullivan's

2   *Ex Parte* Application by faxing counsel a letter. A true and correct copy of the letter I faxed is

3   attached to the Notice of Lodgment as Exhibit 7.

4      I declare under penalty of perjury pursuant to the laws of the State of California and the

5   United States of America that the foregoing is true and correct. This Declaration is executed this

6   15th day of January 2008, at San Diego, California.

7

8

9                             Bibianne U. Fell

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

SDODMS1/684850.1