Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: +1 619 236 1255
Facsimile: +1 619 236 0555
Email: paul@kennersongrant.com

Attorneys for Movant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME AND MOTION INTERVENE**<br><br>DATE: TBD<br>TIME: TBD<br>CRTRM: 16 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Evidence, rule 201, Valerie O'Sullivan respectfully requests the Court take mandatory judicial notice of the following California State Court judgments, orders, and decisions in support of her *Ex Parte* Application for an Order Shortening Time and Proposed Motion to Intervene:

1. Final Statement of Decision, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, August 26, 2005), attached to the Notice of Lodgment as Exhibit 1;

2. Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, October 4, 2005), attached to the Notice of Lodgment as Exhibit 2;

///

1

07 CV 2320 JM (AJB)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* APPLICATION AND MOTION TO INTERVENE
SDODMS1/684792.1

3. Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007), attached to the Notice of Lodgment as Exhibit 3;

4. Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007), attached to the Notice of Lodgment as Exhibit 4;

5. Tentative Ruling, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, January 3, 2008), attached to the Notice of Lodgment as Exhibit 5.

Dated: January 15, 2008                              KENNERSON & GRANT

By: s/Paul R. Kennerson
Attorneys for Movant
Email: paul@kennersongrant.com

2

07 CV 2320 JM (AJB)
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *EX PARTE* APPLICATION AND MOTION TO INTERVENE
SDODMS1/684792.1