Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA  92101
Telephone:	+1 619 236 1255
Facsimile:	+1 619 236 0555
Email:	paul@kennersongrant.com

Attorneys for Movant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No.  07 CV 2320 JM (AJB)<br><br>**NOTICE OF LODGMENT IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME AND MOTION TO INTERVENE**<br><br>DATE:	TBD<br>TIME:	TBD<br>CRTRM: 16 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE THAT Valerie O'Sullivan hereby lodges the following exhibits to her *Ex Parte* Application for an Order Shortening Time and Proposed Motion to Intervene as follows:

　　　1.	Exhibit 1.	Final Statement of Decision, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, August 26, 2005);

　　　2.	Exhibit 2.	Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, October 4, 2005);

　　　3.	Exhibit 3.	Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007);

///

4. Exhibit 4.    Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007);

5. Exhibit 5.    Tentative Ruling, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, January 3, 2008);

6. Exhibit 6.    Movant Valerie O'Sullivan's Proposed Motion to Intervene.

7. Exhibit 7.    January 14, 2008 Letter from Bibianne Fell to Bryan Pease.

Dated: January 15, 2008                                   KENNERSON & GRANT


By: s/Paul R. Kennerson
Attorneys for Movant
Email: paul@kennersongrant.com