Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: +1 619 236 1255
Facsimile: +1 619 236 0555
Email: paul@kennersongrant.com

Attorneys for Movant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | **Case No. 07 CV 2320 JM (AJB)**<br><br>**EXHIBIT 7: NOTICE OF LODGMENT IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME AND MOTION TO INTERVENE**<br><br>**DATE: TBD**<br>**TIME: TBD**<br>**CRTRM: 16** |

**Exhibit 7, Page 47**

07 CV 2320 JM (AJB)
EXHIBIT 7: NOTICE OF LODGMENT IN SUPPORT OF *EX PARTE* APPLICATION AND MOTION TO INTERVENE

BAKER & MCKENZIE

Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051, USA

Tel: +1 858 523 6200
Fax: +1 858 259 8290
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

January 14, 2008

Tel: +1 858 523 6271
Fax: +1 858 259 8290
bibianne.u.fell@bakernet.com

**Via Facsimile**

Bryan W. Pease
301 Washington Street, #404
San Diego, CA 92103
+1 619 923 1001

Edmund G Brown
Attorney General of the State of California
John A. Saurenman
Supervising Deputy Attorney General
Christina Bull Arndt
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1204
+1 213 897 2801

RE: Animal Protection and Rescue League v. The State of California
United States District Court, for the Southern District of California, Case No.: 07 CV 2320 JM AJB
File No.: TBD

Dear Counsel:

Please take notice that this office, along with Paul Kennerson, of Kennerson & Grant, will appear *ex parte* on behalf of Movant Valerie O'Sullivan for an order shortening time for hearing on Ms. O'Sullivan's motion to intervene. Ms. O'Sullivan will also request leave to file a responsive pleading twenty (20) days after hearing the Application. No hearing has been scheduled; the Court will notify all counsel if oral argument is necessary.

Should you have any questions, please feel free to contact me. Thank you.

Sincerely,

**Baker & McKenzie LLP**

Bibianne U. Fell

Bibianne U. Fell

BUF/clc

cc: Paul Kennerson

Exhibit 7, Page 148

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

# MEMORY TRANSMISSION REPORT

TIME : JAN-14-2008 02:57PM
TEL NUMBER1 :
NAME :

| | | |
|---|---|---|
| FILE NUMBER | : | 883 |
| DATE | : | JAN-14 02:56PM |
| TO | : | 12138972801#1343 |
| DOCUMENT PAGES | : | 002 |
| START TIME | : | JAN-14 02:56PM |
| END TIME | : | JAN-14 02:57PM |
| SENT PAGES | : | 002 |
| STATUS | : | OK |

FILE NUMBER : 883 *** SUCCESSFUL TX NOTICE ***

BAKER & MCKENZIE

**Facsimile Transmission**

Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051, USA

Tel: +1 858 523 6200
Fax: +1 858 259 8290
www.bakernet.com

| | | Phone | Fax |
|---|---|---|---|
| **Date** | January 14, 2008 | | |
| **To** | Bryan W. Pease | | +1 619 923 1001 |
| **To** | Edmund G. Brown<br>John A. Saurenman<br>Christina Bull Arndt | | +1 213 897 2801 |
| **From** | Bibianne U. Fell | +1 858 523 6271 | +1 858 259 8290 |
| **Client/Matter No.** | TBD | | |
| **Re** | *Animal Protection and Rescue League v. The State of California* | | |
| **Pages (w/cover)** | 2 | | |

Please see attached notice of *ex parte* appearance.

**Privacy And Confidentiality Notice**

The information contained in this facsimile is intended for the named recipients only. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify us immediately by a collect telephone call to Office Services at +1 858 523 6309 and return the original to the sender by mail. We will reimburse you for the postage.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

MEMORY TRANSMISSION REPORT

TIME : JAN-14-2008 02:38PM
TEL NUMBER1 :
NAME :

| | | |
|---|---|---|
| FILE NUMBER | : | 879 |
| DATE | : | JAN-14 02:37PM |
| TO | : | 16199231001#6385 |
| DOCUMENT PAGES | : | 002 |
| START TIME | : | JAN-14 02:37PM |
| END TIME | : | JAN-14 02:38PM |
| SENT PAGES | : | 002 |
| STATUS | : | OK |

FILE NUMBER : 879 *** SUCCESSFUL TX NOTICE ***

BAKER & McKENZIE

**Facsimile Transmission**

Baker & McKenzie LLP
12544 High Bluff Drive, Third Floor
San Diego, California 92130-3051, USA

Tel: +1 858 523 6200
Fax: +1 858 259 8290
www.bakernet.com

| | | Phone | Fax |
|---|---|---|---|
| **Date** | January 14, 2008 | | |
| **To** | Bryan W. Pease | | +1 619 923 1001 |
| **To** | Edmund G. Brown<br>John A. Saurenman<br>Christina Bull Arndt | | +1 213 897 2801 |
| **From** | Bibianne U. Fell | +1 858 523 6271 | +1 858 259 8290 |
| **Client/Matter No.** | TBD | | |
| **Re** | *Animal Protection and Rescue League v. The State of California* | | |
| **Pages (w/cover)** | 2 | | |

Please see attached notice of *ex parte* appearance.

**Privacy And Confidentiality Notice**

The information contained in this facsimile is intended for the named recipients only. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify us immediately by a collect telephone call to Office Services at +1 858 523 6309 and return the original to the sender by mail. We will reimburse you for the postage.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.