Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone:   +1 619 236 1255
Facsimile:   +1 619 236 0555
Email:       paul@kennersongrant.com

Attorneys for Movant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:  TBD<br>TIME:  TBD<br>CRTRM: 16 |

I, Tracy M. Thomason, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is **BAKER & McKENZIE LLP,** 12544 High Bluff Drive, Third Floor, San Diego, California 92130-3051; +1 858 523 6200.

On January 15, 2008, I served a copy of the within document(s):

*EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR VALERIE O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE RESPONSIVE PLEADING

MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR VALERIE O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE RESPONSIVE PLEADING

DECLARATION OF PAUL KENNERSON IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR VALERIE O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE RESPONSIVE PLEADING

1   **DECLARATION OF BIBIANNE U. FELL IN SUPPORT OF *EX PARTE*
2   APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR VALERIE
    O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE RESPONSIVE
    PLEADING**

3   **REQUEST FOR JUDICIAL NOTICE DECLARATION OF PAUL KENNERSON IN
4   SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO
    HEAR VALERIE O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE
5   RESPONSIVE PLEADING**

6   **NOTICE OF LODGMENT IN SUPPORT OF *EX PARTE* APPLICATION FOR AN
    ORDER SHORTENING TIME TO HEAR VALERIE O'SULLIVAN'S MOTION TO
7   INTERVENE AND LEAVE TO FILE RESPONSIVE PLEADING**

8   **EXHIBITS 1-7 TO NOTICE OF LODGMENT IN SUPPORT OF *EX PARTE*
    APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR VALERIE
9   O'SULLIVAN'S MOTION TO INTERVENE AND LEAVE TO FILE RESPONSIVE
    PLEADING**

10  on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes
11  addressed as follows:

12      Bryan W. Pease
        301 Washington Street, #404
13      San Diego, CA  92103

14

        Edmund G Brown
15        Attorney General of the State of California
        John A. Saurenman
16        Supervising Deputy Attorney General
        Christina Bull Arndt
17        Deputy Attorney General
        300 South Spring Street, Suite 1702
18      Los Angeles, CA  90013-1204

19  ☐   (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at
        Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am
20      familiar with the practice of collection for U.S. mail, said practice being that in the ordinary
        course of business, correspondence is picked up at our office the same day as it is placed for
21      collection pursuant to Code of Civil Procedure § 1013(e). I am aware that on motion of the
        party served, service is presumed invalid if postal cancellation date or postage meter date is
22      more than one day after date of deposit for mailing in affidavit.

23  ☐   (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the
        addressee(s) above by _____. The actual Declaration of
24      Personal Service shall be filed upon its receipt pursuant to Code of Civil Procedure § 1011.

25  ☐   (BY HAND-DELIVERY) I delivered by hand each sealed envelope to the addressee(s)
        above.
26
27  ☐   (BY EXPRESS MAIL) I placed each such sealed envelope, to be collected at
        Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am
        familiar with the practice of Baker & McKenzie for collection and processing of overnight
28      packages, said practice being that in the ordinary course of business, overnight packages are

| | |
|---|---|
| 1 | picked up by a representative of that company to be sent that same day pursuant to Code of Civil Procedure § 1013(c). |
| 2 | |
| 3 | ☐ (BY FACSIMILE) I caused such document to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above pursuant to Code of Civil Procedure § 1013(e). |
| 4 | |
| 5 | ☒ **Service performed via E-Filing with United States District Court, Southern District. A true and correct copy of the Court's confirmation of filing is attached to the Declaration of Service.** |
| 6 | |
| 7 | I declare that this service was made at the direction of a member of the bar of this court. |
| 8 | I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 15, 2008, at San Diego, California. |

*Tracy Thomason*
Tracy Thomason