cal\_\_\_\_\_

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation; DOROTA VALLI, an individual,<br><br>              Plaintiff,<br>v.<br><br>THE STATE OF CALIFORNIA; THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION; MAYOR JERRY SANDERS; and DOES 1 to 100,<br><br>              Defendants. | Civil No. 07cv2320 JM (AJB)<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

      The Court finds this case inappropriate for an Early Neutral Evaluation Conference due to the pending Motion to Dismiss before Judge Jones. Therefore, a Case Management Conference shall be held on *March 17, 2008* at *9:00 a.m.*, in the chambers of the *Honorable Anthony J. Battaglia*, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

///

///

///

1  Each responsible attorney of record and all parties representing themselves shall participate in the
2  conference. Represented parties need not participate. Counsel for plaintiff shall notify all parties of this
3  conference who have made an appearance after the date of this Order.
4  IT IS SO ORDERED.

8  DATED: January 16, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court