1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   ANIMAL PROTECTION AND RESCUE                    CASE NO. 07cv2320 JM(AJB)
     LEAGUE; DOROTA VALLI,
12                                                   SCHEDULING ORDER ON
                                  Plaintiffs,        MOTION TO INTERVENE AND
13          vs.                                      MOTION FOR PRELIMINARY
                                                     INJUNCTION
14   STATE OF CALIFORNIA; CITY OF SAN
     DIEGO DEPARTMENT OF PARKS AND
15   RECREATION; MAYOR JERRY
     SANDERS,
16
                                  Defendants.
17
18
19          Prospective Intervenor Valerie O'Sullivan moves <u>ex parte</u> for an order shortening

20   time to hear her motion to intervene.  Plaintiffs oppose the motion.  The court sets the

21   following schedule on Intervenor's motion to intervene: Intervenor shall file and serve

22   her motion to intervene and proposed Rule 24(c) pleading no later than by January 25,

23   2008, the parties to the present action may file a response to the motion by February 8,

24   2008, and Intervenor a reply brief by February 15, 2008. Oral argument on the motion

25   to intervene is calendared for February 22, 2008 at 1:30 p.m.

26          The court also continues the hearing date on Plaintiffs' motion for preliminary
27
28

1    injection from January 25, 2008 to February 22, 2008 at 1:30 p.m.[1]   Prospective

2    Intervenor is instructed to file any opposition to the motion for preliminary injunction

3    no later than by February 8, 2008.   Plaintiff may file a response to Intervenor's

4    opposition no later than by February 15, 2008.

5        **IT IS SO ORDERED.**

6    DATED:  January 17, 2008

7    _____

8    Hon. Jeffrey T. Miller
     United States District Judge

9    cc:         all parties

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28    [1] The court notes that a short continuance of the hearing date on Plaintiffs' motion for
     preliminary injunction (1) may permit interested parties with legally cognizable interests to advocate
     their interests and comment on matters of public concern and (2) will not likely prejudice Plaintiffs.

07cv2320