BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>　　　　　　　Defendants. | Civil Action, Case No. 07 CV 2320 JM AJB<br><br>*EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER REQUIRING DEFENDANTS TO CARRY OUT THE CITY COUNCIL'S RESOLUTION R-301368, PASSED APRIL 19, 2006, TO INSTALL A GUIDELINE ROPE AT CHILDREN'S POOL BEACH DURING PUPPING SEASON UNTIL THIS MATTER CAN BE HEARD ON NOTICE |

　　　Plaintiffs seek a temporary restraining order to allow a small guideline rope at Children's Pool Beach during the ongoing pupping season, until this matter can be heard on notice, due to the delay caused by proposed intervenor requesting a continuance.  Plaintiff could not have properly named proposed intervenor as an original party in this lawsuit without facing sanctions, as plaintiff has no cause of action against proposed intervenor.

　　　The small guideline rope mandated by the City Council will not harm defendants in any way, nor even proposed intervenor, as it does not prevent anyone from actually using the beach.

1  The rope is simply a guideline which happens to be very effective at preventing the vast majority
2  of harassment incidents against pregnant and nursing seals, according to NOAA, the federal
3  MMPA enforcement agency.
4      This application is based on the attached memorandum and all papers and records on file
5  in this action.

7  Dated: January 18, 2008

8                                               By: /s/ bryanpease
                                                     Bryan W. Pease
9                                                    Attorney for Plaintiffs