MICHAEL J. AGUIRRE, City Attorney
GEORGE F. SCHAEFER,
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant
City of San Diego and
Mayor Jerry Sanders

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No. 07 CV 2320 JM AJB<br><br>**OPPOSITION OF THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia |

    Defendants Mayor Jerry Sanders ("Mayor") and the City of San Diego ("City"), erroneously sued as the City of San Diego Department of Parks and Recreation, oppose the Plaintiffs' motion for a temporary restraining order ("TRO"). Plaintiffs seek an order requiring the installation of a small guideline rope at Children's Pool Beach during the ongoing harbor seal pupping season. The Plaintiffs note that a small guideline rope would not prevent members of the public from actually using the beach.

    The City and Mayor concede that such a small guideline rope would not harm anyone because it is an effective tool in preventing unlawful harassment incidents of pregnant and nursing seals. The City and Mayor further concede that law enforcement officials with the National Oceanic Atmospheric Administration ("NOAA") have repeatedly requested installation

///

1  of such a rope barrier during the pupping season to deter violations of the federal Marine
2  Mammal Protection Act, 16 U.S.C. Section 1361 *et seq.* ("MMPA").
3      Nevertheless, the City and Mayor are obligated to oppose the Plaintiffs' TRO application
4  because the City filed a motion for clarification with the Superior Court of San Diego in the case
5  of *Valerie O'Sullivan v. City of San Diego*, San Diego Superior Court Case No. GIC 826918.  In
6  that motion for clarification, the City asked Superior Court Judge Yuri Hofmann to clarify
7  whether the injunction rendered in that case precluded the City from putting up such a rope
8  barrier as requested by the NOAA officials.  The Plaintiffs claim that Judge Hofmann declined to
9  rule on the merits of the City's motion to clarify by finding that this issue is not ripe for
10 adjudication. (Plaintiffs' memorandum at 3:6-8).  To the contrary, Judge Hofmann made it
11 abundantly clear in his order that the injunction forbids the installation of such a rope barrier.
12     Accordingly, the City and Mayor are obligated to comply with the injunction and in
13 deference to the Superior Court and State law must oppose the application for a TRO.  The
14 Plaintiffs are in essence seeking appellate review from this Court of an adverse ruling on this
15 issue in State Court.  Under the Rooker-Feldman doctrine, it would be improper for this Court to
16 go behind the State court's judgment and issue the requested TRO.  *See Noel v. Hall*, 341 F.3d
17 1148 (9th Cir. 2003).

19     Dated:  January 23rd, 2008       MICHAEL J. AGUIRRE, City Attorney

21        By:  s/George Schaefer
           GEORGE SCHAEFER, SBN #139399
22          Deputy City Attorney

23       Attorneys for Defendant
      The City of San Diego

**DECLARATION OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

- **OPPOSITION OF THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS TO PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

on the individuals listed below in the manner indicated.

**Electronic Mail**

I served the following by electronic mail at the e-mail addresses listed below:

- **Christina Bull Arndt**
  christina.arndt@doj.ca.gov
- **Paul Robert Kennerson**
  paul@kennersongrant.com,danna@kennersongrant.com
- **Bryan W Pease**
  bryanpease@gmail.com

Executed:  January 22, 2008, at San Diego, California.

                         s/George F. Schaefer
                         **GEORGE F. SCHAEFER**
                         E-mail:  GSchaefer@sandiego.gov