Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: +1 619 236 1255
Facsimile: +1 619 236 0555
Email: paul@kennersongrant.com

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>  Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>**DECLARATION OF PAUL KENNERSON IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>DATE: 1/25/08<br>TIME: 1:30 p.m.<br>CRTRM: 16 |

I, Paul Kennerson, declare:

1. I am an attorney with Kennerson & Grant, counsel for Proposed Intervenor Valerie O'Sullivan ("Proposed Intervenor"). I am licensed to practice law in the State of California and am lead counsel responsible for representing Ms. O'Sullivan in this matter. I also represented Ms. O'Sullivan in a related matter, *O'Sullivan v. City of San Diego*, before the California Superior Court, County of San Diego (Case No. GIC826918), before the California Court of Appeals, 4th Appellate District (Case No. D047382), and before the Supreme Court of California (Case No. S157299). I have personal knowledge of the facts contained in this declaration. If called as a witness I could and would testify that the following facts are true and correct, based upon my own personal knowledge.

///

///

2. On March 12, 2004, I filed the Complaint in *O'Sullivan v. City of San Diego* in the California Superior Court, County of San Diego on behalf of Valerie O'Sullivan, as a private attorney general and resident of San Diego.

3. In Ms. O'Sullivan's State Court Action, Plaintiffs appeared as *amicus curae*, along with fourteen other *amici*, advocating on behalf of those concerned with the safety of the seals and against removal of the seals from the Children's Pool. None of the fifteen *amici* moved to intervene in that action.

4. Attached to the Notice of Lodgment as Exhibit 1 is a true and correct copy of the Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, October 4, 2005), and attached August 26, 2005 Final Statement of Decision.

5. Attached to the Notice of Lodgment as Exhibit 2 is a true and correct copy of the Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007).

6. Attached to the Notice of Lodgment as Exhibit 3 is a true and correct copy of the Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007).

7. Attached to the Notice of Lodgment as Exhibit 4 is a true and correct copy of the Tentative Ruling on Motion to Clarify the Court's Injunction, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, January 3, 2008). The court heard the City of San Diego's motion on January 4, 2008 and, after the hearing, adopted its Tentative Ruling.

8. Attached to the Notice of Lodgment as Exhibit 5 is a true and correct copy of the September 14, 2004 Testimony of James Lecky before the San Diego City Council. My best memory is that I was present when Mr. Lecky testified. I either was present or saw a film of him so testifying and Exhibit 5 is an accurate transcription of his testimony. Mr. Lecky's testimony was entered as an exhibit at trial in the State Court Action.

///
///
///
///

9. I recently visited the Children's Pool and there is currently no separation rope in place.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct. This Declaration is executed this 23rd day of January 2008, at San Diego, California.

s/Paul R. Kennerson
Attorneys for Proposed Intervenor
Email:   paul@kennersongrant.com