1  Paul R. Kennerson, State Bar No. 45430
   **KENNERSON & GRANT**
2  101 West Broadway, Suite 1150
   San Diego, CA 92101
3  Telephone:    +1 619 236 1255
   Facsimile:    +1 619 236 0555
4  Email:    paul@kennersongrant.com

5  Attorneys for Proposed Intervenor

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  ANIMAL PROTECTION AND RESCUE        Case No.  07 CV 2320 JM (AJB)
    LEAGUE a nonprofit corporation, and
11  DOROTA VALLI, an individual,        **NOTICE OF LODGMENT IN
                                        SUPPORT OF OPPOSITION TO** *EX*
12                Plaintiffs,           *PARTE* **APPLICATION FOR A
                                        TEMPORARY RESTRAINING
13      v.                             ORDER**

14  THE STATE OF CALIFORNIA, THE CITY   **DATE:    1/25/08**
    OF SAN DIEGO DEPARTMENT OF PARKS    **TIME:    1:30 p.m.**
15  AND RECREATION, MAYOR JERRY         **CRTRM: 16**
    SANDERS, and DOES 1 to 100,
16
17                Defendants.

18  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19         PLEASE TAKE NOTICE THAT Valerie O'Sullivan hereby lodges the following exhibits to

20  her Opposition to *Ex Parte* Application for a Temporary Restraining Order as follows:

21         1.    Exhibit 1.    Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior

22  Court of California, County of San Diego, October 4, 2005);

23         2.    Exhibit 2.    Decision of the California Court of Appeals, *O'Sullivan v. City of San*

24  *Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007);

25         3.    Exhibit 3.    Denial of Petition for Review, *O'Sullivan v. City of San Diego*,

26  S157299 (SCt Cal., Nov. 28, 2007);

27         4.    Exhibit 4.    Tentative Ruling, *O'Sullivan v. City of San Diego*, GIC 826918

28  (Superior Court of California, County of San Diego, January 3, 2008);

                               1

1       5.     Exhibit 5.     September 14, 2004 Testimony of James Lecky.

2

3  Dated:  January 23, 2008                 KENNERSON & GRANT

4

5                             By:s/Paul R. Kennerson

6                               Attorneys for Proposed Intervenor
                                 Email:  paul@kennersongrant.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07 CV 2320 JM (AJB)
NOTICE OF LODGMENT IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER
SDODMS1/685132.1

*Animal Protection and Rescue v. The State of California, et al.*
United States District Court, Southern District of California
Table of Contents to Notice of Lodgment re Opposition to *Ex Parte*

---

Exhibit                                                                        Page No(s).

1.    ....................................................................................................................... 3-39

2.    ....................................................................................................................... 40-95

3.    ....................................................................................................................... 96-97

4.    ....................................................................................................................... 98-99

5.    ....................................................................................................................... 100-104

SDODMS1/685168.1