Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: +1 619 236 1255
Facsimile: +1 619 236 0555
Email: paul@kennersongrant.com

Attorneys for Proposed Intervenor

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>NOTICE OF LODGMENT OF FOREIGN AUTHORITY IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER<br><br>DATE: 1/25/08<br>TIME: 1:30 p.m.<br>CRTRM: 16 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Valerie O'Sullivan hereby lodges the following State Court cite to her Opposition to *Ex Parte* Application for a Temporary Restraining Order as follows:

1. Exhibit 1. *Lewis v. County of Sacramento, et al.*, 218 Cal.App.3d 214 (1990)

Dated: January 23, 2008                                KENNERSON & GRANT


                                                       By: s/Paul R. Kennerson
                                                       Attorneys for Proposed Intervenor
                                                       Email: paul@kennersongrant.com

1

# TABLE OF CONTENTS

1. .................................................................................................................................... 4-7

2

07 CV 2320 JM (AJB)
NOTICE OF LODGMENT IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER
SDODMS1/685169.1