1  Paul R. Kennerson, State Bar No. 45430
   **KENNERSON & GRANT**
2  101 West Broadway, Suite 1150
   San Diego, CA 92101
3  Telephone:   +1 619 236 1255
   Facsimile:    +1 619 236 0555
4  Email:         paul@kennersongrant.com

5  Attorneys for Proposed Intervenor

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:   1/25/08<br>TIME:    1:30 P.M.<br>CRTRM: 16 |

I, Cristina L. Conroy, declare as follows:

   I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, State of California, where the mailing occurs; and my business address is **BAKER & McKENZIE LLP,** 12544 High Bluff Drive, Third Floor, San Diego, California 92130-3051; +1 858 523 6200.

   On January 23, 2008, I served a copy of the within document(s):

   **OPPOSITION TO *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER;**

   **DECLARATION OF PAUL KENNERSON;**

   **REQUEST FOR JUDICIAL NOTICE;**

   **NOTICE OF LODGMENT;**

   **NOTICE OF LODGMENT OF FOREIGN AUTHORITY;**

   **DECLARATION OF SERVICE**

1

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

> Bryan W. Pease
> 301 Washington Street, #404
> San Diego, CA 92103
>
> Edmund G Brown
>   Attorney General of the State of California
> John A. Saurenman
>   Supervising Deputy Attorney General
> Christina Bull Arndt
>   Deputy Attorney General
> 300 South Spring Street, Suite 1702
> Los Angeles, CA 90013-1204

☐ (BY U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection pursuant to Code of Civil Procedure § 1013(e). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above by _____. The actual Declaration of Personal Service shall be filed upon its receipt pursuant to Code of Civil Procedure § 1011.

☐ (BY HAND-DELIVERY) I delivered by hand each sealed envelope to the addressee(s) above.

☐ (BY EXPRESS MAIL) I placed each such sealed envelope, to be collected at Baker & McKenzie LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Baker & McKenzie for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day pursuant to Code of Civil Procedure § 1013(c).

☐ (BY FACSIMILE) I caused such document to be sent via facsimile to the above listed names and facsimile numbers and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above pursuant to Code of Civil Procedure § 1013(e).

☒ **Service performed via E-Filing with United States District Court, Southern District. A true and correct copy of the Court's confirmation of filing is attached to the Declaration of Service.**

1  I declare that this service was made at the direction of a member of the bar of this court.

2  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 23, 2008, at San Diego, California.

_____
Cristina L. Conroy

SDODMS1/685173.1