1  Paul R. Kennerson, State Bar No. 45430
   **KENNERSON & GRANT**
2  101 West Broadway, Suite 1150
   San Diego, CA 92101
3  Telephone:   +1 619 236 1255
   Facsimile:   +1 619 236 0555
4  Email:       paul@kennersongrant.com

5  Attorneys for Proposed Intervenor

6

7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10 | ANIMAL PROTECTION AND RESCUE          | Case No. 07 CV 2320 JM (AJB)
   | LEAGUE a nonprofit corporation, and
11 | DOROTA VALLI, an individual,          | NOTICE OF ERRATA TO
   |                                        | OPPOSITION TO *EX PARTE*
12 |         Plaintiffs,                   | APPLICATION FOR TEMPORARY
   |                                        | RESTRAINING ORDER
13 |    v.
   |                                        | DATE:  1/25/08
14 | THE STATE OF CALIFORNIA, THE CITY     | TIME:  1:30 p.m.
   | OF SAN DIEGO DEPARTMENT OF PARKS      | CRTRM: 16
15 | AND RECREATION, MAYOR JERRY
   | SANDERS, and DOES 1 to 100,
16 |
   |         Defendants.
17

18

...

28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 23, 2008, Proposed Intervenor Valerie O'Sullivan filed her Opposition to Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order. In place of the sentence "The California Court of Appeals entertained fifteen *amicus* briefs," page 10, lines 24-25 should read "The California Appellate-level courts (the California Court of Appeals and California Supreme Court) received fifteen *amicus* briefs."

Dated:  January 23, 2008                              KENNERSON & GRANT


By:s/Paul R. Kennerson
Attorneys for Proposed Intervenor
Email:  paul@kennersongrant.com

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/685196.1