1  Paul R. Kennerson  [SB #45430]
   **KENNERSON & GRANT, LLP**
2  101 West Broadway, Suite 1150
   San Diego, California 92101
3  Telephone: (619) 236-8555
   Facsimile: (619) 236-0555
4  E-Mail:  paul@kennersongrant.com

6  Attorneys for Plaintiff PAUL GARVER

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual | Civil No. 07 CV 2320 JM (AJB) |
| | **DECLARATION OF SERVICE** |
| Plaintiffs, | |
| v. | **CTRM:** 16 |
| | **DATE:** September 28, 2006 |
| THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100, | |
| Defendants. | |

**DECLARATION OF SERVICE**

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I caused to be served the following documents:

- Notice of Motion and Motion to Intervene

- Memorandum in Support of Valerie O'Sullivan's Motion to Intervene, or In the Alternative, to File *Amicus Brief*

- Declaration of Paul Kennerson in Support of Motion to Intervene

- Request for Judicial Notice in Support of Motion to Intervene

- Notice of Lodgment in Support of Motion to Intervene

on the interested parties in this action by **Electronic Mail** at the e-mail addresses listed below:

- **Bryan W. Pease**
  **Attorney for Animal Protection and Rescue League and Dorota Valli**
  **bryanpease@gmail.com**

- **Christina Bull Arndt**
  **Attorney for Defendant the State of California**
  **christina.arndt@doj.ca.gov**

- **George F. Schaefer**
  **Attorney for The City of San Diego Department of Parks and Recreation**
  **Gschaefer@sandiego.gov**

Executed January 25, 2008, at San Diego, California.

s/ Paul Kennerson
Paul Kennerson
E-mail: paul@kennersongrant.com