Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone:  +1 619 236 1255
Facsimile:  +1 619 236 0555
Email:  paul@kennersongrant.com

Attorneys for Proposed Intervenor
VALERIE O'SULLIVAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>NOTICE OF MOTION AND MOTION TO INTERVENE<br><br>DATE:  2/22/08<br>TIME:  1:30 P.M.<br>CRTRM: 16 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on *February 22, 2008, at 1:30 p.m.,* before the Honorable Jeffrey T. Miller of the above-referenced court, located at 940 Front Street, San Diego, California, in courtroom 16, Proposed Intervenor Valerie O'Sullivan will move this Court to intervene in the above-captioned lawsuit, as of right. In the alternative, Ms. O'Sullivan will move this Court for permissive intervention or for leave to file *amicus* briefs at all stages of these proceedings.

The motion to intervene will be based upon the following grounds:

Ms. O'Sullivan's motion to intervene is timely because this proceeding is still in its beginning stages, there is no prejudice to other parties, and Ms. O'Sullivan brings this motion as soon as practicable.

1

1  Ms. O'Sullivan has a significantly protectable interest in this action because the injunctive
2  relief in this action will impair the ability of the City of San Diego to comply with a state court
3  judgment in favor of Ms. O'Sullivan.
4  Disposition of this action will impede Ms. O'Sullivan's ability to protect her interests
5  because the requested injunction is in direct contravention of Ms. O'Sullivan's rights, which have
6  already been adjudicated.
7  Finally, the defendants in this matter do not adequately represent Ms. O'Sullivan because the
8  City of San Diego has been opposed to Ms. O'Sullivan on the issues in this matter for the last five
9  years and because the State of California has expressed that it has no interest in the issues to be
10 resolved by this matter.
11 In the alternative, Ms. O'Sullivan should be permitted to intervene because the issues of fact
12 and law in her prior state court action and in this present action are identical.
13 The motion to intervene is based upon this Notice of Motion and Motion, the Memorandum
14 in support thereof, the Declaration of Paul Kennerson, the Request for Judicial Notice, and the
15 Notice of Lodgment, and all pleadings and papers on file in this action, and upon such other matters
16 as may be presented to the Court at the time of the hearing.

17 Dated:  January 25, 2008                                    KENNERSON & GRANT

19                                                             By:s/Paul R. Kennerson
                                                                  Attorneys for Proposed Intervenor
20                                                                Email:  paul@kennersongrant.com