Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone: +1 619 236 1255
Facsimile: +1 619 236 0555
Email: paul@kennersongrant.com

Attorneys for Proposed Intervenor
VALERIE O'SULLIVAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>**DECLARATION OF PAUL KENNERSON IN SUPPORT OF MOTION TO INTERVENE**<br><br>DATE: 2/22/08<br>TIME: 1:30 P.M.<br>CRTRM: 16 |

I, Paul Kennerson, declare:

1. I am an attorney with Kennerson & Grant, counsel for Proposed Intervenor Valerie O'Sullivan. I am licensed to practice law in the State of California and am lead counsel responsible for representing Ms. O'Sullivan in this matter. I also represented Ms. O'Sullivan in a related matter, *O'Sullivan v. City of San Diego*, before the California Superior Court, County of San Diego (Case No. GIC826918), before the California Court of Appeals, 4th Appellate District (Case No. D047382), and before the Supreme Court of California (Case No. S157299). I have personal knowledge of the facts contained in this declaration. If called as a witness I could and would testify that the following facts are true and correct, based upon my own personal knowledge, except where stated my knowledge is upon information and belief.

///

1

2. On March 12, 2004, I filed the Complaint in *O'Sullivan v. City of San Diego* in the California Superior Court, County of San Diego on behalf of Valerie O'Sullivan, as a private attorney general and resident of San Diego.

3. On June 9, 2005, the State of California filed a stipulation, agreeing to be bound by the judgment to be entered by the trial court.

4. Attached to the Notice of Lodgment as Exhibit 1 is a true and correct copy of the Final Statement of Decision, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, August 26, 2005).

5. Attached to the Notice of Lodgment as Exhibit 2 is a true and correct copy of the Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, October 4, 2005).

6. Attached to the Notice of Lodgment as Exhibit 3 is a true and correct copy of the Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007).

7. Attached to the Notice of Lodgment as Exhibit 4 is a true and correct copy of the Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007).

8. Attached to the Notice of Lodgment as Exhibit 5 is a true and correct copy of the Tentative Ruling on Motion to Clarify the Court's Injunction, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, January 3, 2008). The court heard the City of San Diego's motion on January 4, 2008 and, after the hearing, adopted its Tentative Ruling.

9. Attached to the Notice of Lodgment as Exhibit 6 is a true and correct copy of Ms. O'Sullivan's Proposed Answer.

10. Based upon information and belief, Ms. O'Sullivan was not served a copy of the Complaint or Motion for Preliminary Injunction in the above-captioned matter, or otherwise given notice by Plaintiffs of this matter.

11. I have not been served a copy of the Complaint or Motion for Preliminary Injunction in the above-captioned matter, or otherwise been given notice by Plaintiffs of this matter. I first learned of Plaintiffs' Motion for Preliminary Injunction shortly before the California Superior

Court's January 4, 2008 hearing of the City of San Diego's Motion to Clarify the Court's Injunction. After learning the January 4, 2008 ruling conflicts with Plaintiffs' Motion for Preliminary Injunction, my co-counsel and I began preparation of the instant Motion to Intervene.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct. This Declaration is executed this 25th day of January 2008, at San Diego, California.

                              s/Paul R. Kennerson
                              Attorneys for Proposed Intervenor
                              Email: paul@kennersongrant.com