1  Paul R. Kennerson, State Bar No. 45430
   **KENNERSON & GRANT**
2  101 West Broadway, Suite 1150
   San Diego, CA 92101
3  Telephone:     +1 619 236 1255
   Facsimile:     +1 619 236 0555
4  Email:         paul@kennersongrant.com

5  Attorneys for Proposed Intervenor
   VALERIE O'SULLIVAN

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 | ANIMAL PROTECTION AND RESCUE       | Case No. 07 CV 2320 JM (AJB)
   | LEAGUE a nonprofit corporation, and |
11 | DOROTA VALLI, an individual,       | REQUEST FOR JUDICIAL NOTICE
   |                                    | IN SUPPORT OF MOTION TO
12 |             Plaintiffs,            | INTERVENE
   |                                    |
13 |        v.                          | DATE:  2/22/08
   |                                    | TIME:  1:30 P.M.
14 | THE STATE OF CALIFORNIA, THE CITY  | CRTRM: 16
   | OF SAN DIEGO DEPARTMENT OF PARKS   |
15 | AND RECREATION, MAYOR JERRY        |
   | SANDERS, and DOES 1 to 100,        |
16 |                                    |
   |             Defendants.            |
17

18         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19         Pursuant to Federal Rule of Evidence, rule 201, Valerie O'Sullivan respectfully requests the

20 Court take mandatory judicial notice of the following California State Court judgments, orders, and

21 decisions in support of her Motion to Intervene:

22         1.      Final Statement of Decision, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior

23 Court of California, County of San Diego, August 26, 2005), attached to the Notice of Lodgment as

24 Exhibit 1;

25         2.      Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of

26 California, County of San Diego, October 4, 2005), attached to the Notice of Lodgment as Exhibit 2;

27 ///

28 ///

                                                 1

3.  Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007), attached to the Notice of Lodgment as Exhibit 3;

4.  Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007), attached to the Notice of Lodgment as Exhibit 4;

5.  Tentative Ruling, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, January 3, 2008), attached to the Notice of Lodgment as Exhibit 5.

Dated:  January 25, 2008                KENNERSON & GRANT


By: s/Paul R. Kennerson
Attorneys for Proposed Intervenor
Email:  paul@kennersongrant.com