```
 1  Paul R. Kennerson, State Bar No. 45430
    KENNERSON & GRANT
 2  101 West Broadway, Suite 1150
    San Diego, CA 92101
 3  Telephone:   +1 619 236 1255
    Facsimile:   +1 619 236 0555
 4  Email:       paul@kennersongrant.com

 5  Attorneys for Proposed Intervenor
    VALERIE O'SULLIVAN
 6
 7
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>NOTICE OF LODGMENT IN SUPPORT OF MOTION TO INTERVENE<br><br>DATE:  2/22/08<br>TIME:  1:30 P.M.<br>CRTRM: 16 |
|---|---|

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Valerie O'Sullivan hereby lodges the following exhibits to her Motion to Intervene as follows:

1.  Exhibit 1.  Final Statement of Decision, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, August 26, 2005);

2.  Exhibit 2.  Judgment, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, October 4, 2005);

3.  Exhibit 3.  Decision of the California Court of Appeals, *O'Sullivan v. City of San Diego*, D047382 (Cal. Ct. App., 4th Dist., September 7, 2007);

4.  Exhibit 4.  Denial of Petition for Review, *O'Sullivan v. City of San Diego*, S157299 (SCt Cal., Nov. 28, 2007);

5. Exhibit 5.  Tentative Ruling, *O'Sullivan v. City of San Diego*, GIC 826918 (Superior Court of California, County of San Diego, January 3, 2008);

6. Exhibit 6.  Proposed Intervenor Valerie O'Sullivan's Proposed Answer to Complaint.

Dated: January 25, 2008                              KENNERSON & GRANT

                                          By:s/Paul R. Kennerson
                                          Attorneys for Proposed Intervenor
                                          Email: paul@kennersongrant.com