*Animal Protection and Rescue v. The State of California, et al.*
United States District Court, Southern District of California
Table of Contents to Notice of Lodgment in Support of Motion to Intervene

| Exhibit | Page No(s) |
|---|---|
| 1. | 1-35 |
| 2. | 36-72 |
| 3. | 73-128 |
| 4. | 129-130 |
| 5. | 131-132 |
| 6. | 133-139 |

**05CV0294-LAB (LSP)**