Paul R. Kennerson, State Bar No. 45430
**KENNERSON & GRANT**
101 West Broadway, Suite 1150
San Diego, CA 92101
Telephone:   +1 619 236 1255
Facsimile:   +1 619 236 0555
Email:   paul@kennersongrant.com

Attorneys for Proposed Intervenor
VALERIE O'SULLIVAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>        Defendants. | Case No. 07 CV 2320 JM (AJB)<br><br>**EXHIBIT 4: NOTICE OF LODGMENT IN SUPPORT OF MOTION TO INTERVENE**<br><br>DATE:   2/22/08<br>TIME:   1:30 P.M.<br>CRTRM: 16 |

Exhibit **4**, Page **129**

Court of Appeal, Fourth Appellate District, Div. 1 - No. D047382
S157299


RECEIVED
DEC 3 - 2007
By

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

VALERIE OSULLIVAN, Plaintiff and Respondent,

v.

CITY OF SAN DIEGO, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
Chief Justice

Exhibit 4, Page 130