1  Paul R. Kennerson  [SB #45430]
   **KENNERSON & GRANT, LLP**
2  101 West Broadway, Suite 1150
   San Diego, California 92101
3  Telephone: (619) 236-8555
   Facsimile: (619) 236-0555
4  E-Mail:   paul@kennersongrant.com

5

6  Attorneys for Plaintiff PAUL GARVER

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 ANIMAL PROTECTION AND RESCUE     )    Civil No. 07 CV 2320 JM (AJB)
   LEAGUE, a nonprofit corporation, and )
   DOROTA VALLI, an individual       )    **DECLARATION OF SERVICE**
12                                    )
                                      )
13            Plaintiffs,             )
                                      )
14 v.                                 )    **CTRM:          16**
                                      )    **DATE:          September 28, 2006**
15 THE STATE OF CALIFORNIA, THE       )
   CITY OF SAN DIEGO DEPARTMENT       )
16 OF PARKS AND RECREATION,           )
   MAYOR JERRY SANDERS, and DOES 1    )
17 to 100,                            )
                                      )
18                                    )
            Defendants.               )
19 _____   )

20

21              **DECLARATION OF SERVICE**

22        I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years
   and not a party to this action; and that I caused to be served the following documents:
23
   •    Notice of Motion and Motion to Intervene
24
   •    Memorandum in Support of Valerie O'Sullivan's Motion to Intervene, or In the
25        Alternative, to File *Amicus Brief*

26 •    Declaration of Paul Kennerson in Support of Motion to Intervene

27 •    Request for Judicial Notice in Support of Motion to Intervene

28 •    Notice of Lodgment in Support of Motion to Intervene

1

2
on the interested parties in this action by **Electronic Mail** at the e-mail addresses listed below:

3
- **Bryan W. Pease**

4
  **Attorney for Animal Protection and Rescue League and Dorota Valli**
  **bryanpease@gmail.com**

5

6
- **Christina Bull Arndt**
  **Attorney for Defendant the State of California**

7
  **christina.arndt@doj.ca.gov**

8
- **George F. Schaefer**

9
  **Attorney for The City of San Diego Department of Parks and Recreation**
  **Gschaefer@sandiego.gov**

10

11
Executed January 25, 2008, at San Diego, California.

12

13

14
s/ Paul Kennerson

15
Paul Kennerson
E-mail: paul@kennersongrant.com

16

17

18

19

20

21

22

23

24

25

26

27

28

**05CV0294-LAB (LSP)**
**CERTIFICATE OF SERVICE**