BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>Defendants. | Civil Action, Case No.:<br><br>DECLARATION OF DOROTA VALLI IN SUPPORT OF *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

I, DOROTA VALLI, declare the following:

1. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2. Since seal pupping season began December 15, 2007, I have gone to Children's Pool Beach for an average of 6 hours every single day and maintained an educational booth there, except for January 5 and 6 due to heavy rain. Almost every day (sometimes several times a day), there have been incidents of harassment in which individuals as well as groups of people have come too close to the pregnant seals scaring them into the ocean or have thrown objects,

like rocks, at the resting seals. Usually I am able to convince people not to approach the seals, but sometimes people go right up to them anyway, causing them to stampede into the water.  If other employees and volunteers of APRL and I were not present at the beach constantly with signs, many more people would walk right up to the seals and disturb them, which in the past has resulted in miscarriages and pups being separated from their mothers.

3.      The pupping season rope that was in place last year effectively prevented virtually all of the public from getting too close to the seals. The usual individuals who insist on using the beach even when seals are present were not prevented by the rope from continuing to do so, as the rope has a four foot gap at the base of the stairs to the beach that these people can easily pass through, in addition to going under or over the rope.  The posts and cement bases for the rope are currently at Children's Pool Beach waiting to be put up.

4.      I recognize Valerie O'Sullivan by sight and have not seen her at Children's Pool Beach since April 2006, when she walked past NOAA warning signs during pupping season, scared several seals into the water, and then promptly left.  I was present at the oral argument when the Court of Appeal heard the O'Sullivan case, and Valerie O'Sullivan was not present.

5.      On October 12, 2004, San Diego Animal Advocates filed case GIC836963 in San Diego Superior Court against the San Diego City Council to block removal of the rope barrier at Children's Pool Beach.  On February 25, 2005, the Humane Society of the United States filed case GIC843343 in San Diego Superior Court against the San Diego City Council to require a pupping season rope at Children's Pool Beach.  On information or belief, Paul Kennerson was aware of both of these suits, and a notice was filed with the court regarding the O'Sullivan case being a related case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 28, 2008

By: /s/ Dorota Valli_____
    Dorota Valli

2      DECLARATION OF DOROTA VALLI
      CASE NO. 2007 CV 2320 JM AJB