MICHAEL J. AGUIRRE, City Attorney
GEORGE F. SCHAEFER,
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant
City of San Diego and
Mayor Jerry Sanders

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No. 07 CV 2320 JM AJB<br><br>**JOINT MOTION TO RESCHEDULE THE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND VALERIE O'SULLIVAN'S MOTION TO INTERVENE**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia<br>Current Hearing Date: February 22, 2008<br>Current Hearing Time: 1:30 p.m. |

Defendants Mayor Jerry Sanders and the City of San Diego, erroneously sued as the City of San Diego Department of Parks and Recreation, Plaintiffs Animal Protection and Rescue League and Dorota Valli, the State of California, and Proposed Intervenor Valerie O'Sullivan file this joint motion. The Parties jointly move this Court to reschedule the hearing on the Plaintiffs' motion for a preliminary injunction and Valerie O'Sullivan's motion to intervene from February 22, 2008 at 1:30 p.m. to February 21, 2008 at 4:30 p.m.. The following grounds support this joint motion:

1. Plaintiffs' complaint against the Defendants alleges violations of the Marine Mammal Protection Act, 16 U.S.C. § 1361 *et seq.*

///

///

2. The Court postponed the hearing on the Plaintiffs' pending motion for a preliminary injunction to February 22, 2008 at 1:30 p.m. Proposed Intervenor Valorie O'Sullivan's motion to intervene in this case is set for hearing at the same time.

3. The current hearing date conflicts with plans by the City's counsel of record in this case, George Schaefer, to travel to Florida in conjunction with a prepaid vacation cruise.

4. This Court has time on its calendar to hear these matters on February 21, 2008 at 4:30 p.m. All counsel have confirmed in e-mail correspondence that they are available at that time to appear before this Court on these matters and do not object to rescheduling the hearing to that date and time.

5. The undersigned counsel for the City, George Schaefer, certifies in accordance with Section 2(f)(4) of this Court's *ECF Administrative Policies and Procedure Manual* that this joint motion is acceptable to the below listed counsel and their electronic signatures below reflect such non-opposition.

Dated: January 29th, 2008         MICHAEL J. AGUIRRE, City Attorney

                                  By:  s/George Schaefer
                                       GEORGE SCHAEFER, SBN #139399
                                       Deputy City Attorney

                                  Attorneys for Defendant City of San Diego

Dated: January 29th, 2008         LAW OFFICES OF BRYAN W. PEASE

                                  By:  s/Bryan W. Pease
                                       BRYAN W. PEASE, SBN #239139
                                       Attorney at Law

                                  Attorneys for Plaintiffs Animal Protection
                                  Rescue League and Dorota Valli

///
///
///

| | | |
|---|---|---|
| 1 | Dated:  January 29th, 2008 | EDMUND G. BROWN, JR., Attorney General |

By:   s/Christina Bull Arndt
     CHRISTINA BULL ARNDT,
     SBN #175403, Deputy A.G.

Attorneys for the State of California

Dated:  January 29th, 2008          KENNERSON & GRANT

By:   s/Paul R. Kennerson
     PAUL R. KENNERSON, SBN #45430
     Attorney at Law

Attorneys for for Proposed Intervenor
Valerie O'Sullivan

# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

- **JOINT MOTION TO RESCHEDULE THE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND VALERIE O'SULLIVAN'S MOTION TO INTERVENE**

on the individuals listed below in the manner indicated.

## Electronic Mail

I served the following by electronic mail at the e-mail addresses listed below:

- **Christina Bull Arndt**
  christina.arndt@doj.ca.gov
- **Paul Robert Kennerson**
  paul@kennersongrant.com,danna@kennersongrant.com
- **Bryan W Pease**
  bryanpease@gmail.com

Executed: January 29, 2008, at San Diego, California.

                s/George F. Schaefer
                **GEORGE F. SCHAEFER**
                E-mail: GSchaefer@sandiego.gov