BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>           Plaintiffs,<br><br>    v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>           Defendants. | Civil Action, Case No.: 07-cv-2320<br><br>DECLARATION OF BRYAN W. PEASE IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE |

I, BRYAN W. PEASE, declare the following:

    1.    I have personal knowledge of the facts contained herein and am competent to testify thereto.

    2.    I am an attorney licensed to practice in the Southern District of California and am the attorney of record for plaintiffs in this action.

    3.    On March 23, 2006, plaintiff Animal Protection and Rescue League filed for a workplace violence restraining order against David Wayne Pierce in San Diego Superior Court, case number GIC863195, alleging that Mr. Pierce had repeatedly threatened and intimidated

volunteers watching over the seals at Children's Pool Beach.  Mr. Pierce was represented by Paul Kennerson, who filed notice that he would be seeking anti-SLAPP attorney's fees pursuant to Cal. Code Civ. Proc. § 425.6.  Based on the judge's ruling in the matter, however, Mr. Kennerson did not file the motion.

4. On August 23, 2006, plaintiff Animal Protection and Rescue League filed a conversion action against Mr. Pierce, alleging that he had taken the log book that APRL volunteers use to keep track of seal behavior at Children's Pool Beach.  Mr. Kennerson again filed notice that he would be seeking anti-SLAPP attorney's fees and asked the court to require APRL to post a bond.  The court ruled that there was no basis for an anti-SLAPP motion and denied Mr. Kennerson's request for a bond.

5. On information and belief, Mr. Kennerson has stated that he has a goal to shut down the fundraising and education program APRL operates at Children's Pool Beach, which provides nighttime security for the seals.  Mr. Kennerson has repeatedly accused the program of being illegal and has tried unsuccessfully to get the City to shut it down.

6. I am working pro bono in this matter, as I have in all cases involving APRL.

7. On information or belief, Mr. Kennerson has already been paid over $500,000 by the City of San Diego for his victory in O'Sullivan and has demanded over $800,000 more for the appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2008

By: /s/ Bryan W. Pease
    Bryan W. Pease