BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>　　　　　　Defendants. | Civil Action, Case No.: 07-cv-2320<br><br>DECLARATION OF DOROTA VALLI IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE |

I, DOROTA VALLI, declare the following:

　　1.　I have personal knowledge of the facts contained herein and am competent to testify thereto.

　　2.　I recognize Valerie O'Sullivan by sight and have not seen her at Children's Pool Beach since April 2006, when she walked past NOAA warning signs during pupping season, scared several seals into the water, and then promptly left. I was present at the oral argument when the Court of Appeal heard the <u>O'Sullivan</u> case, and Valerie O'Sullivan was not present.

3.      On October 12, 2004, San Diego Animal Advocates filed case GIC836963 in San Diego Superior Court against the San Diego City Council to block removal of the rope barrier at Children's Pool Beach.  On February 25, 2005, the Humane Society of the United States filed case GIC843343 in San Diego Superior Court against the San Diego City Council to require a pupping season rope at Children's Pool Beach.  The City won both cases.  On information or belief, Paul Kennerson was aware of both of these cases, and a notice was filed with the court regarding the O'Sullivan case being a related case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2008

By: /s/ Dorota Valli_____
Dorota Valli