MICHAEL J. AGUIRRE, City Attorney
GEORGE F. SCHAEFER,
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant
City of San Diego and
Mayor Jerry Sanders

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No. 07 CV 2320 JM AJB<br><br>**JOINT MOTION TO PERMIT DEFENDANTS MAYOR SANDERS AND CITY OF SAN DIEGO TO FILE OUT OF TIME AN OPPOSITON TO VALERIE O'SULLIVAN'S MOTION TO INTERVENE**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia<br>Current Hearing Date: February 21, 2008<br>Current Hearing Time: 4:00 p.m. |

Defendants Mayor Jerry Sanders and the City of San Diego, erroneously sued as the City of San Diego Department of Parks and Recreation, Plaintiffs Animal Protection and Rescue League and Dorota Valli, the State of California, and Proposed Intervenor Valerie O'Sullivan file this joint motion. The Parties jointly move this Court to permit the Mayor and City to file out of time the opposition to Valerie O'Sullivan's motion to intervene. The following grounds support this joint motion:

1. The hearing on Valerie O'Sullivan's motion to intervene was originally scheduled for February 22, 2008. The undersigned counsel, George Schaefer, calendared the opposition to the motion for filing for February 8, 2008 (14 days before the hearing).

2. On February 1, 2008 this Court issued an order rescheduling the hearing on the motion to intervene for February 29, 2008. (Doc. 31).

1     3.    However, on February 4, 2008 this Court vacated the order of February 1, 2008 and advanced the hearing on the motion to intervene to February 21, 2008. (Doc. 32).

    4.    Due to inadvertence, the undersigned counsel, George Schaefer, did not correspondingly advance on the undersigned counsel's calendar the deadline for filing the opposition to the motion to intervene by one day. This error was not detected until February 8, 2008.

    5.    The undersigned counsel for the City, George Schaefer, certifies in accordance with Section 2(f)(4) of this Court's *ECF Administrative Policies and Procedure Manual* that this joint motion is acceptable to the below listed counsel and their electronic signatures below reflect such non-opposition.

    6.    Subject to an order granting this motion, the City and Mayor have contemporaneously filed the opposition to O'Sullivan's motion to intervene and supporting documentation. Because the opposition is filed approximately a half-day late, there should be no prejudice to the Parties and Proposed Intervenor by this late filing.

Dated: February 8, 2008        MICHAEL J. AGUIRRE, City Attorney

By:   s/George Schaefer
      GEORGE SCHAEFER, SBN #139399
      Deputy City Attorney

Attorneys for Defendant City of San Diego

Dated: February 8, 2008        LAW OFFICES OF BRYAN W. PEASE

By:   s/Bryan W. Pease
      BRYAN W. PEASE, SBN #239139
      Attorney at Law

Attorneys for Plaintiffs Animal Protection Rescue League and Dorota Valli

///

| | | |
|---|---|---|
| 1 | Dated: February 8, 2008 | EDMUND G. BROWN, JR., Attorney General |

By:   s/Christina Bull Arndt
    CHRISTINA BULL ARNDT,
    SBN #175403, Deputy A.G.

Attorneys for the State of California

Dated: February 8, 2008        KENNERSON & GRANT

By:   s/Paul R. Kennerson
    PAUL R. KENNERSON, SBN #45430
    Attorney at Law

Attorneys for for Proposed Intervenor
Valerie O'Sullivan

# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the following document(s):

- **JOINT MOTION TO PERMIT DEFENDANTS MAYOR SANDERS AND CITY OF SAN DIEGO TO FILE OUT OF TIME AN OPPOSITON TO VALERIE O'SULLIVAN'S MOTION TO INTERVENE**

on the individuals listed below in the manner indicated.

## Electronic Mail

I served the following by electronic mail at the e-mail addresses listed below:

- **Christina Bull Arndt**
  christina.arndt@doj.ca.gov
- **Paul Robert Kennerson**
  paul@kennersongrant.com, danna@kennersongrant.com
- **Bryan W Pease**
  bryanpease@gmail.com

Executed: February 8, 2008, at San Diego, California.

_s/George F. Schaefer_____
**GEORGE F. SCHAEFER**
E-mail: GSchaefer@sandiego.gov