MICHAEL J. AGUIRRE, City Attorney
GEORGE F. SCHAEFER,
California State Bar No. 139399
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant
City of San Diego and
Mayor Jerry Sanders

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 TO 100,<br><br>    Defendants. | Case No. 07 CV 2320 JM AJB<br><br>**REQUEST FOR JUDICIAL NOTICE FROM THE CITY OF SAN DIEGO AND MAYOR JERRY SANDERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO VALERIE O'SULLIVAN'S MOTION TO INTERVENE**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 16<br>Magistrate: Hon. Anthony L. Battaglia<br>Hearing Date: February 21, 2008<br>Hearing Time: 4:00 p.m. |

    Defendants Mayor Jerry Sanders ("Mayor") and the City of San Diego ("City"), erroneously sued as the City of San Diego Department of Parks and Recreation, request that this Court take judicial notice of the following:

**I. COURT PLEADINGS IN THE CASE OF *VALERIE O'SULLIVAN V. CITY OF SAN DIEGO*, SAN DIEGO SUPERIOR COURT CASE NO. GIC 826918:**

    A.  O'Sullivan's Complaint

    B.  City's Answer

    C.  O'Sullivan's First Amended Complaint

    D.  Parties' Stipulation Regarding Facts

    E.  State's Stipulation

    F.  Trial Court's Award of Attorneys' Fees and Costs

|     |      |                                                                 |
| --- | ---- | --------------------------------------------------------------- |
| 1   | G.   | City's Motion to Clarify and Supporting Papers                  |
| 2   | H.   | City's Notice of Compliance with Injunction                     |
| 3   | I.   | O'Sullivan's Second Motion for Attorneys' Fees and Costs        |

II. **TRANSCRIPTS OF HEARINGS AND TRIAL IN THE CASE OF *VALERIE O'SULLIVAN V. CITY OF SAN DIEGO*, SAN DIEGO SUPERIOR COURT CASE NO. GIC 826918:**

    J.    Excerpt of Hearing of October 28, 2004

    K.    Excerpt of Trial Proceedings of July 26, 2006

    L    Excerpt of Trial Testimony of July 27, 2005

    M.    Excerpt of Trial Testimony of July 28, 2005

    N.    Second Excerpt of Trial Testimony of July 28, 2005

    O.    Excerpt of Hearing of November 8, 2005

III. **TRIAL EXHIBITS FROM THE CASE OF *VALERIE O'SULLIVAN V. CITY OF SAN DIEGO*, SAN DIEGO SUPERIOR COURT CASE NO. GIC 826918:**

    P    Trial Exhibit # 228

    Q.    Trial Exhibit # 303

    R.    Trial Exhibit # 478 (page 16 only)

    S.    Trial Exhibit # 542

    T.    Trial Exhibit # 631

IV. **ORDERS FROM THE APPEAL IN THE CASE OF *VALERIE O'SULLIVAN V. CITY OF SAN DIEGO*, CALIFORNIA COURT OF APPEAL, FOURTH DISTRICT, DIVISION ONE, CASE NO. D047382:**

    U.    Order of May 16, 2007 Denying Amici Curiae Applications

    V.    Order of June 21, 2007 Denying Amicus Curiae Application

    W.    Remittitur of December 3, 2007

V. **PLEADINGS FROM THE PROCEEDINGS IN THE CASE OF *VALERIE O'SULLIVAN V. CITY OF SAN DIEGO*, CALIFORNIA SUPREME COURT, CASE NO. S157299:**

    X.    APRL's Amicus Letter

VI. **MISCELLANEOUS**

    Y.    *San Diego Union-Tribune* Editorial of December 18, 2007

1 | This request for notice is made pursuant to Fed. R. Evid. 201.

2 | Dated: February 8, 2008					MICHAEL J. AGUIRRE, City Attorney

By:   s/George Schaefer
		GEORGE SCHAEFER, SBN #139399
		Deputy City Attorney

Attorneys for Defendant
The City of San Diego