# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE; DOROTA VALLI,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE OF CALIFORNIA; CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION; MAYOR JERRY SANDERS,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 07cv2320 JM(AJB)<br><br>ORDER GRANTING JOINT MOTION TO PERMIT DEFENDANTS MAYOR SANDERS AND CITY OF SAN DIEGO TO FILE OUT OF TIME AN OPPOSITION TO VALERIE O'SULLIVAN'S MOTION TO INTERVENE [Docket 36] |

Upon the joint motion of counsel and for good cause being shown, Defendants Mayor Sanders and City of San Diego, may file their opposition to Valerie O'Sullivan's Motion to Intervene [Docket 36] on February 8, 2008.

**IT IS SO ORDERED.**

DATED: February 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties