# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I caused to be served the following documents:

- Proposed Intervenor's Supplemental Briefing Regarding Abstention Principles

on the individuals listed below in the manner indicated.

### Electronic Mail

I served the following by electronic mail at the e-mail addresses listed below:

- **Bryan W. Pease**
  **Attorney for Animal Protection and Rescue League and Dorota Valli**
  **bryanpease@gmail.com**

- **Christina Bull Arndt**
  **Attorney for Defendant the State of California**
  **christina.arndt@doj.ca.gov**

- **George F. Schaefer**
  **Attorney for The City of San Diego Department of Parks and Recreation**
  **Gschaefer@sandiego.gov**

Executed February 8, 2008, at San Diego, California.

/s/ Paul Kennerson
Paul Kennerson
E-mail: paul@kennersongrant.com

**07CV2320 JM (AJB)**
**DECLARATION OF SERVICE**