BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>　　　　　　Defendants. | Civil Action, Case No. 07 CV 2320 JM AJB<br><br>DECLARATION OF JOE CORDARO |

I, Joe Cordaro, declare as follows:

　　1.　　I am a biologist with the National Oceanic and Atmospheric Association's National Marine Fisheries Service (NMFS). I have been employed as a biologist by NMFS for 19 years.

　　2.　　I make this declaration based upon my own personal knowledge, except as to those matters set forth in this declaration on information and belief, and as to those matters, I believe them to be true. If called upon to testify as to those matters stated in this declaration, I could and would competently testify to those matters.

3. My responsibilities at the NMFS include rendering opinions regarding the biology of marine mammals to assist the NMFS in administering the Marine Mammal Protection Act, 16 U.S.C. Section 1361 *et seq.* Based on my education and experience in the field of biology, I am knowledgeable about the breeding season for harbor seals. Harbor seals breed shortly after weaning their pups, with blastocyst implantation in the female harbor seals occurring 1.5 to 3 months following breeding. The gestation period is approximately 9 months.

4. I have been the lead biologist for the NMFS in matters relating to the colony of seals inhabiting Children's Pool Beach in La Jolla, California. Based on known breeding cycles, some pregnant harbor seals haul out at Children's Pool beach as early as November.

5. In 2004 I received documented reports of premature pups at Children's Pool on November 15, November 29, and December 9. The cause of the premature births was not determined, but human harassment of pregnant females cannot be ruled out.

6. The first full-term harbor seal pups are usually born in early to mid-January. Pups typically wean from their mothers in approximately 4-7 weeks. The last pups of the season may not wean until the end of May.

7. It is in the best interest of the seal colony inhabiting Children's Pool Beach for human beings to be kept a reasonable distance from this colony to prevent annoyance or harassment, especially during the pupping and nursing season, *i.e.*, November 1 through May 31, or whenever the last pup of the season is weaned, whichever comes first.

8. Based on my past observations, a rope barrier during this period serves to prevent harm to pregnant and nursing female harbor seals and serves to decrease the number of pups that may be abandoned because of the public's present at the beach.

9. The barrier also deters the general public from getting so close to the seals as to cause disturbance, harassment, or annoyance of the animals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 8, 2008

2

DECLARATION OF JOE CORDARO
CASE NO. 07 CV 2320 JM AJB

By: _____
JOE CORDARO
NOAA Wildlife Biologist