BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE,  a nonprofit corporation, and DOROTA VALLI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100, <br><br> Defendants. | Civil Action, Case No.: 07 CV 2320 JM AJB <br><br> DECLARATION OF DOROTA VALLI IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION <br><br> Date: February 21, 2008 <br> Time: 4:30pm <br> Courtroom: 16 <br> Judge: Hon. Jeffrey T. Miller |

I, DOROTA VALLI, declare the following:

     1.     I have personal knowledge of the facts contained herein and am competent to testify thereto.

     2.     Since seal pupping season began December 15, 2007, I have gone to Children's Pool Beach for an average of 6 hours every single day and maintained an educational booth there, except for January 5 and 6 due to heavy rain.  Almost every day (sometimes several times a day), there have been incidents of harassment in which individuals as well as groups of people have come too close to the pregnant seals scaring them into the ocean or have thrown  objects,

1    like rocks, at the resting seals. Usually I am able to convince people not to approach the seals,

2    but sometimes people go right up to them anyway, causing them to stampede into the water.  If

3    other employees and volunteers of APRL and I were not present at the beach constantly with

4    signs, many more people would walk right up to the seals and disturb them, which in the past has

5    resulted in miscarriages and pups being separated from their mothers.

6        3.    The pupping season rope that was in place last year effectively prevented virtually

7    all of the public from getting too close to the seals. The usual individuals who insist on using the

8    beach even when seals are present were not prevented by the rope from continuing to do so, as

9    the rope has a very large gap at the base of the stairs to the beach that these people can easily

10   pass through, in addition to going under or over the rope.  The posts and cement bases for the

11   rope are currently at Children's Pool Beach waiting to be put up.

12       4.    I recognize Valerie O'Sullivan by sight and have not seen her at Children's Pool

13   Beach since April 2006, when she walked past NOAA warning signs during pupping season,

14   scared several seals into the water, and then promptly left.  I was present at the oral argument

15   when the Court of Appeal heard the O'Sullivan case, and Valerie O'Sullivan was not present.

16       5.    On October 12, 2004, San Diego Animal Advocates filed case GIC836963 in San

17   Diego Superior Court against the San Diego City Council to block removal of the rope barrier at

18   Children's Pool Beach.  On February 25, 2005, the Humane Society of the United States filed

19   case GIC843343 in San Diego Superior Court against the San Diego City Council to require a

20   pupping season rope at Children's Pool Beach.  On information or belief, Paul Kennerson was

21   aware of both of these suits, and a notice was filed with the court regarding the O'Sullivan case

22   being a related case.

23       6.    Attached as Exhibit A is a true and correct excerpt of the legislative history of the

24   Marine Mammal Protection Act of 1972, which states, "It is not the intention of this Committee

25   to foreclose effective state programs and protective measures such as sanctuaries; it is rather our

26   intention to allow the development of a unified integrated system of management for the benefit

27   of the animals and to encourage the states to take all actions which are consistent with this

28   objective."

7.      Attached as Exhibit B is a true and correct excerpt of the 1981 amendment to the Marine Mammal Protection Act, which states, "THE NON-LETHAL REMOVAL OF NUISANCE ANIMALS MAY ALSO BE CARRIED OUT BY FEDERAL, STATE OR LOCAL GOVERNMENT EMPLOYEES.  FOR EXAMPLE, THE APPROPRIATE GOVERNMENTAL EMPLOYEES MAY REMOVE HARBOR SEALS TRAPPED IN FISH LADDERS."

8.      Attached as Exhibit C is a true and correct copy of the Carpinteria Municipal Code § 12.24.090: Protection of harbor seals.

9.      Attached as Exhibit D is a true and correct copy of www.carpinteria.com/points_of_interest/thesealrookery.

10.     Attached as Exhibit E is a true and correct photo of the Carpinteria seal rookery appearing at www.carpinteria.com/points_of_interest/thesealrookery/seals.htm.

11.     Attached as Exhibit F is a true and correct copy of NOAA's website, which states:

Harbor seal mothers normally leave their pups unattended on beaches while feeding at sea. They will later rejoin and nurse them. The presence of humans or dogs near a seal pup could prevent a mother seal from reuniting with her young one.

Such disturbance can result in pup deaths, and if persistent around a seal rookery, could contribute to overall lower birth rates, reduced habitat use and eventual abandonment of seals' haul-out sites. Although some wildlife experts recommend keeping 300 feet from any seal pups, even at that distance disturbance can occur.

"The rule of thumb is, if a seal reacts to your presence — you're too close," said sanctuary marine biologist Jan Roletto. "Avoid eye contact and back away slowly until they no longer notice you."

12.     Attached as Exhibit G is a true and correct photograph I took of the signs used in Carpinteria closing their beach during pupping season.

13.     Attached as Exhibit H is a true and correct photo of Children's Pool Beach appearing on the above NOAA website, depicting visitors standing a safe distance behind the guideline rope.  The photo is taken from the seawall.

14.    Attached as Exhibit I is a true and correct excerpt from December 2008 to the present of the log I and other APRL and employees and volunteers keep regarding seal and human behavior at Children's Pool Beach.

15.    Attached as Exhibit J is a true and correct copy of a letter from NOAA Special Agent in Charge Don Masters sent on March 21, 2006 to Mayor Jerry Sanders, in which he writes, "California State Parks closed beaches in Arroyo Laguna and Piedras Blancas because of concerns of elephant seals being harassed at sites they are known to haul out to rest, give birth, care for their pups, and molt."

16.    Attached as Exhibit K is a true and correct copy of a November 3, 2005 letter from David Cottingham, Executive Director of the Marine Mammal Commission, to City and NOAA officials including James Lecky.

17.    Attached as Exhibit L is a DVD depicting various harassment incidents at Children's Pool Beach, along with an index containing a true and correct description of each incident.

18.    Attached as Exhibit M is a DVD depicting pupping season in various years at Children's Pool Beach.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: February 14, 2008

                                    By: s/ Dorota Valli
                                        Dorota Valli

DECLARATION OF DOROTA VALLI
CASE NO. 07 CV 2320 JM AJB

## TABLE OF CONTENTS

**Exhibit A:** excerpt of the legislative history of the Marine Mammal Protection Act of 1972…………………………………………………………………………………1

**Exhibit B:** excerpt of the 1981 amendment to the Marine Mammal Protection Act…….3

**Exhibit C:** Carpinteria Municipal Code § 12.24.090: Protection of harbor seals………..5

**Exhibit D:** www.carpinteria.com/points_of_interest/thesealrookery ..............................7

**Exhibit E:** photo of the Carpinteria seal rookery appearing at www.carpinteria.com/points_of_interest/thesealrookery/seals.htm .................................9

**Exhibit F:** NOAA's website…………………………………………………………11

**Exhibit G:** photograph of the signs used in Carpinteria closing their beach during pupping season…………………………………………………………………...…13

**Exhibit H:** photo of Children's Pool Beach appearing on the above NOAA website…..15

**Exhibit I:** excerpt from December 2008 to the present of the log APRL employees and volunteers keep regarding seal and human behavior at Children's Pool Beach…….17

**Exhibit J:** letter from NOAA Special Agent in Charge Don Masters sent on March 21, 2006 to Mayor Jerry Sanders…………..………………………………………48

**Exhibit K:** November 3, 2005 letter from David Cottingham, Executive Director of the Marine Mammal Commission, to City and NOAA officials including James Lecky ……………………………………………………………………………51

**Exhibit L:** index of seal harassment DVD………………………………………56

Exhibit A

for subsistence purposes in accordance with traditional customs, is not done wastefully, and is not done for purposes of direct or indirect commercial sale. If a native kills a walrus for subsistence purposes, the bill does not prohibit the use of ivory from that walrus' tusks so long as his primary purpose for taking was that of subsistence. If, on the other hand, an Eskimo wishes to take a number of walruses primarily for the purpose of selling their tusks, he may not do so without a permit.

(b) This subsection authorizes the Secretary, in cases where he determines that species or stocks of marine mammals require protection from native taking, to prescribe appropriate limitations upon this taking. It was recommended as an additional management tool by the State of Alaska. Once the need for such limitations has been removed, as for example, following the regrowth of a depleted stock, the limitations must be removed.

## International Program

Sec. 108. This section requires the Secretaries of Interior and Commerce, acting through the Secretary of State, to: (1) encourage the development of international laws and treaties for the protection of specific regions significant to marine mammals, such as the Antarctic Ocean and the Bering Sea, (2) encourage the strengthening of existing treaties which relate to marine mammals in order to make them consistent with the purposes of this Title. (An obvious case in point is the International Whaling Treaty which was entered into not for the benefit of the whales, but for the benefit of the companies exploiting them. This inadequate measure should clearly be strengthened.) (3) seek an international meeting, not later than June 1, 1973, for the purpose of signing international treaties for the protection of marine mammals, and implementing subparagraph (2) of the section, and (4) provide a full report to the Congress within a year of enactment of this Act on the results of efforts undertaken pursuant to this section.

## *4161 Federal Preemption; Cooperation with States

Sec. 109. (1) This subsection preempts state laws and regulations relating to the taking of marine mammals, except as provided in subsection (b).

(b) This subsection authorizes the Secretary to develop effective working cooperative arrangements with state agencies and officials in order to carry out the purposes of this Act. It is not the intention of this Committee to foreclose effective state programs and protective measures such as sanctuaries; it is rather our intention to allow the development of a unified integrated system of management for the benefit of the animals and to encourage the states to take all actions which are consistent with this objective.

## Marine Mammal Research Grants

Sec. 110. (a) This subsection authorizes the Secretary to make grants or to provide other appropriate financial assistance to state and other agencies in order to assist them in carrying out research on subjects relevant to the protection and management of marine mammals.

(b) This subsection authorizes the Secretary to make grants to states to enable them to develop programs for the protection of marine mammals which are consistent with the purposes and policies of this Title.

(c) This subsection authorizes the Secretary to establish such reasonable terms and conditions upon grants provided under the Act as may be deemed appropriate to protect the interests of the United States.

(d) This subsection authorizes, for the fiscal year in which the section takes effect and for the next four fiscal years, up to $500,000 each to the Secretaries of Interior and of Commerce, in order to carry out the

Exhibit B

CUSTOMARY TRADE OF MARINE MAMMALS IN MANY RURAL ALASKA VILLAGES.

WITH RESPECT TO THE NON-SUBSISTENCE HARVEST OF MARINE MAMMALS, SECTION 109(F)(1)(B)(I) REQUIRES THE STATE OF ALASKA TO DETERMINE THAT ALL SUBSISTENCE USES WILL BE SATISFIED AND THAT A NON-SUBSISTENCE HARVEST WILL NOT ADVERSELY AFFECT THE SUBSISTENCE HARVEST TO A SIGNIFICANT DEGREE BEFORE THE STATE MAY ADOPT ANY REGULATIONS AUTHORIZING A NON-SUBSISTENCE HARVEST. SECTION 109(F)(1)(B)(II) REQUIRES THAT THE REGULATION OF NON-SUBSISTENCE USES PROVIDE, TO THE MAXIMUM EXTENT PRACTICABLE, ECONOMIC OPPORTUNITIES FOR THE RESIDENTS OF THE RURAL COASTAL VILLAGES OF ALASKA WHO ENGAGE IN SUBSISTENCE USES BECAUSE THE ECONOMIES OF CERTAIN VILLAGES ARE SUBSTANTIALLY DEPENDENT UPON THE HARVEST OF MARINE MAMMALS. IF, FOR EXAMPLE, THE STATE DETERMINES THAT ALL SUBSISTENCE USES OF WALRUS IN A PARTICULAR AREA CAN BE SATISFIED AND STILL ALLOW A NON- SUBSISTENCE HARVEST, THE STATE MUST DETERMINE WHETHER THE RESIDENTS OF THE LOCAL VILLAGES DESIRE AND ARE CAPABLE OF HARVESTING ALL OF THE NON-SUBSISTENCE SURPLUS. IF SO, SECTION 109(F)(1)(B)(II) REQUIRES THAT STATE REGULATIONS STRUCTURE THE NON-SUBSISTENCE HARVEST SO AS TO PROVIDE ECONOMIC OPPORTUNITIES FOR THE RESIDENTS OF RURAL COASTAL VILLAGES WHO ENGAGE IN SUBSISTENCE USES OF THAT SPECIES. THE ECONOMIC OPPORTUNITIES REFERRED TO INCLUDE NOT ONLY THE OPPORTUNITY TO TAKE THE ANIMALS, BUT ALSO THE OPPORTUNITY TO SERVE AS MARINE MAMMAL HUNTING GUIDES. THE STATE MAY NOT AUTHORIZE A GUIDED HUNT FOR ANY MARINE MAMMAL SPECIES UNTIL THE STATE HAS DONE EVERYTHING PRACTICABLE TO LICENSE THE RESIDENTS OF COASTAL VILLAGES OF THE AFFECTED AREA. IF COMPETENT AND KNOWLEDGEABLE LOCAL RESIDENTS ARE AVAILABLE, THEY MUST BE LICENSED.

SECTION 109(G), AS AMENDED BY SECTION 4(A), PROVIDES THAT THE NATIONAL ENVIRONMENTAL POLICY ACT SHALL NOT BE APPLICABLE TO THE TRANSFER OF MANAGEMENT AUTHORITY TO A STATE OR TO THE REVOCATION OR VOLUNTARY RETURN OF SUCH AUTHORITY FROM THE STATE TO THE FEDERAL GOVERNMENT. THE COMMITTEE WISHES TO EMPHASIZE THAT SECTION 109(G) ALSO APPLIES TO THE PROCESS PROVIDED FOR IN SECTION 109(C).

SECTION 109(H) ESSENTIALLY RESTATES EXISTING LAW, EXCEPT THAT, AS REWRITTEN, SUBSECTION (H) CLARIFIES THAT FEDERAL, AS WELL AS STATE OR LOCAL EMPLOYEES, MAY TAKE MARINE MAMMALS IN THE COURSE OF THEIR OFFICIAL DUTIES AND CLARIFIES THAT THE NON-LETHAL REMOVAL OF NUISANCE ANIMALS MAY ALSO BE CARRIED OUT BY FEDERAL, STATE OR LOCAL GOVERNMENT EMPLOYEES. FOR EXAMPLE, THE APPROPRIATE GOVERNMENTAL EMPLOYEES MAY REMOVE HARBOR SEALS TRAPPED IN FISH LADDERS.

SECTION 109(I) AUTHORIZES THE SECRETARY, AFTER PROVIDING NOTICE AND OPPORTUNITY FOR A HEARING IN THE AFFECTED AREA, TO PRESCRIBE REGULATIONS REQUIRING THE MARKING, TAGGING, AND REPORTING OF MARINE MAMMALS TAKEN BY ALASKAN NATIVES PURSUANT TO SECTION 101(B). THIS PROVISION IS DESIGNED TO ENABLE THE SECRETARY TO GATHER SUFFICIENT DATA ON THE TAKING OF MARINE MAMMALS BY ALASKAN NATIVES TO DETERMINE WHAT EFFECT SUCH TAKING IS HAVING ON MARINE MAMMAL POPULATIONS. THE MARKING AND TAGGING OF ANIMALS WILL ALSO PROVIDE THE SECRETARY WITH A MEANS OF MONITORING THE

4

Exhibit C

**12.24.090 Protection of harbor seals.**

A. Access to that portion of the city beach, starting at the base of the existing Chevron Pier and extending approximately seven hundred fifty feet easterly and westerly along the beach, with the exact boundary to be determined by the city manager (in consultation with qualified marine mammal experts), shall be closed at all times during the harbor seal pupping season, commencing each December 1st and ending May 31st of the following year.

B. During such period, dogs or other animals shall be prohibited from the closed beach area and from an area adjacent to the closed beach area (adjacent area), to be determined by the city
manager (in consultation with qualified marine mammal experts). No person shall, at any time during such period, allow any dog or other animal to be in the closed beach area or in the adjacent area, as posted.

C. During such period, no person, without prior authorization of the city manager, shall enter the closed beach area.

D. The city manager shall post such information and warning signs in and around the closed beach area to identify the closed beach area and adjacent area, and may erect appropriate fences if such are found to be necessary.

E. During such period, no person shall operate or use motorized vessels (as defined in Section 12.24.050) within three hundred (300) feet seaward of the mean high tide line for the length of the closed beach area, and no person shall operate or use personal watercraft within one thousand (1,000) feet seaward of the mean high tide line for the length of the closed beach area. "Personal watercraft" means a motorized vessel under sixteen (16) feet in length, designed to be capable of speeds in excess of twenty (20) miles per hour, and designed to be operated by a person sitting, standing, or kneeling on, or being towed behind the vessel, rather than the conventional manner of sitting or standing inside the vessel. (Ord. 470 § 4, 1991; Ord. 469 § 4, 1991: Ord. 469 § 4, 1991; Ord. 470 § 4, 1991: Ord. 465 § 4, 1991: Ord. 460 § 4, 1990)

Exhibit D



Carpinteria Hotels
Santa Barbara Hotels
Santa Barbara

Carpinteria > Points of Interest > The Harbor Seal Preserve

### Points of Interest
## The Harbor Seal Preserve

One of the most interesting secrets of
Carpinteria is the Seal Preserve.  The Harbor
Seal Preserve is home to almost 100 adult seals
who give birth to their cubs on the Carpinteria
shoreline.  The beach is closed 750 feet on
either side of the rookery (as their nesting area
is called) from December through May.  The
seals are there all year long, but in the spring
the pubs don't have the thick layer of fat that
they need to protect themselves from the cold
ocean waters.



There is a long standing debate about whether
to publicize them and risk having the privacy
and quality of life for these amazing animals be
deteriorated or to keep mum about them and
risk humans and dogs wandering into their home
and possibly doing a great deal of damage.



We think visitors will respect the seals - especially if they know that they know that
there is a perfectly safe and wonderful way to watch the seals in their natural habitat.

You can visit the Preserve via the bluffs above the rookery rather than via the beach.
The seals are fascinating to watch as they move in and out of the water, bask in the
sun, argue amongst themselves and dive for fish.  There will usually be a member of
Seal Watch, a volunteer organization whose members monitor both seal and human
activity.

**Directions:** The easiest thing to do is take the 101 to the Bailard Avenue exit. Turn
towards the ocean and go into the Bluffs parking lot. From here you can follow the
footpath that leads to down to the bluff, over the railroad tracks then along the bluff
top to the seal rookery overlook. It is about a half a mile walk.

If you are around Linden Avenue and the City beach, there is a bike trail (the Coastal
Vista Trail) that leads through Tar Pits State Park, then along the railroad tracks out to
the seal rookery. From Linden it is more than a mile.

Click here to see a picture of the whole colony! (127 K)

Exhibit E



Exhibit F

**NOAA** NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
UNITED STATES DEPARTMENT OF COMMERCE

## NOAA Cautions Public to Avoid Seal Pups on California Beaches

January 31, 2008



Harbor seal.

+ **High Resolution** (Credit: NOAA)

**NOAA's Gulf of the Farallones National Marine Sanctuary** advises beachgoers against interacting with any seal pups they may find on the beach. Newborn harbor seal pups, born in late winter and spring, could suffer permanent harm if someone not licensed in marine mammal rescue were to move them. Seals are also federally protected animals under the Marine Mammal Protection Act, and to interfere with one could incur legal penalties.

Each year, healthy harbor seal pups are separated from their mothers by people who mistake them for orphans. The San Francisco-based Farallones sanctuary advises concerned beachgoers to report suspected orphaned or injured pups to a park ranger, or to one of the following licensed facilities to assess the need for rescue:

- The Marine Mammal Center                           415-289-SEAL(7325)
- Gulf of the Farallones National Marine Sanctuary   415-561-6622
- Pt. Reyes National Seashore                        415-464-5170 (24 hrs.)

Harbor seal mothers normally leave their pups unattended on beaches while feeding at sea. They will later rejoin and nurse them. The presence of humans or dogs near a seal pup could prevent a mother seal from reuniting with her young one.

Such disturbance can result in pup deaths, and if persistent around a seal rookery, could contribute to overall lower birth rates, reduced habitat use and eventual abandonment of seals' haul-out sites. Although some wildlife experts recommend keeping 300 feet from any seal pups, even at that distance disturbance can occur.

"The rule of thumb is, if a seal reacts to your presence — you're too close," said sanctuary marine biologist Jan Roletto. "Avoid eye contact and back away slowly until they no longer notice you."



Harbor seals resting on La Jolla, Calif., beach.

+ **High Resolution** (Credit: NOAA)

Approximately one-fifth of the state's harbor seals live in the Farallones sanctuary, whose largest breeding grounds are Bolinas Lagoon and Tomales Bay. They haul out in groups ranging from a few to several hundred. Females generally give birth on sandy beaches or rocky reefs to a single pup, which nurses for three to four weeks. For more information on sanctuary wildlife and programs, visit the **sanctuary** and the **Farallones Marine Sanctuary Association's** Web sites or call 415-561-6625.

The National Oceanic and Atmospheric Administration, an agency of the U.S. Commerce Department, is dedicated to enhancing economic security and national safety through the prediction and research of weather and climate-related events and information service delivery for transportation, and by providing environmental stewardship of our nation's coastal and marine resources. Through the emerging Global Earth Observation System of Systems (**GEOSS**), NOAA is working with its federal partners, more than 70 countries and the European Commission to develop a global monitoring network that is as integrated as the planet it observes, predicts and protects.

**Privacy Policy** | **FOIA** | **Information Quality** | **USA.gov** | **Ready.gov** | **Site Map** | **Contact Webmaster**

Exhibit G



## HABITAT DELICADO DE LA FOCA DE LA BAHIA

## LA PLAYA ESTARÁ CERRADA DEL DIA
## 1 DE DICIEMBRE AL DIA 31 DE MAYO



**No se admiten perros ó personas en la playa en ningun lado del muelle en los siguientes 750 pies**

Nuestra Colonia Local de la Foca de la Bahía es una de solamente cuatro a lo largo de la costa del Sur de California

Las focas salen con su cria durante el dia y la noche. Las focas adultas dejan su cria en la playa mientras ellas van a pescar. Las focas adultas pueden abandonar su cria al ver ó al olfatear perros ó gente.

### AYUDEN A PROTEGER LAS FOCAS - NO SE ACERQUEN

El Decreto de Protección del Mamifero Marino y la Coda C.M.C. 12.24.090 de la Ciudad de Carpinteria prohiben perturbar a las focas de la Bahía en cualquier tiempo.

No se admiten perros ó ningunos otros animales en las playas de Carpinteria a cualquier tiempo.



## SENSITIVE HARBOR SEAL HABITAT

## BEACH CLOSED
## DECEMBER 1 to MAY 31



**NO DOGS OR PEOPLE ON BEACH 750 FEET EITHER SIDE OF PIER**

Our local Harbor Seal Colony is one of only 4 along the Southern California Coast.

Seals haul out with their young during the day and night. Adult Seals leave their young on the beach while fishing. Adults may abandon their young at the sight or smell of dogs or people.

### HELP PROTECT THE SEALS - STAY AWAY!

The Federal Marine Mammal Protection Act & Carpinteria City Code C.M.C. 12.24.090 prohibit disturbing Harbor Seals at any time.

NO DOGS or other ANIMALS ALLOWED on Carpinteria Beaches at any time.

14

Exhibit H



Exhibit I

## Seal Observations

| Name | Date | Shift hours | # of seals at **Beginning** of Shift | What time did the seals voluntarily or go into the water? | Did they enter the water voluntarily or were they **flushed**? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline **800 853-1964**? | # of seals at **End** of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| Mike S. | 12/4 | 11 pm - 7am | 45 | 5 AM w/ tide + surf | Voluntary | Seals remained undisturbed Max count ~80-90. Unusually rough surf. Ken Trego was on site. | 0 | n/a | 0 | marine layer very rough cool + clear |
| Kristin R | 12/5 | 7-11 pm | 50 | | | | | | 72 | low scattered clouds |
| Mike S. | 12/5 | 1pm - 7am | 50 | no/ | n/a | Seals did not leave all night. Surf much calmer. | 0 | n/a | ~150 | high hole, very rough surf |
| Xavier | 12/6 | 7 a - 2 pm | 72 | | | beautiful! (of kelp) 150 seals! Cool! off | | | Approx 150 | Clow dist |
| Lauren | 12/6 | 2/ 7:00 | 150 | N/A | N/A | Marooned seal still on Rocks Off | N/A | 0 | Appen 200 | cool cloudy dist |
| Ks Ofen | 12/6 | 7-11 pm | 100 | | | | | | | cool cloudy Big waves |

## Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| Mike | 12/6 | 11p-8a | 155 | | | Rain | | | ~10 | rain |
| Xoate | 12/6 -2:30 | 12/7 | ← | | | Ran Kavoosh Radson grabbed my camera, police took report @4:30pm | | | 1 | ston |
| Shanon | 12/8 | 7-12p | 64 | | | Rainy | | | 165 | ston |
| Xoate | 12/8 | 10-4p | 165 | 1:30p | flushed | Johnson went down, scared the seals on the bluff side, they returned soon after | ~20 | yes | 200 | story |
| Xoate | 12/9 | 7p-12p 11a-2p | | | | good crowds in 75 people continuously, WELL-behaved | ☺ 0 | | ~15 | better |
| Mike Xoate | 12/9 | 7m-12p 11a-2p | | | | | | | | |
| Lourin | 10/9 ? | 3p- 3½p | 12 | / | | | | | | |
| Xoate | 12/10 | 3-7pm | 85 | 5pm | flushed | David Johson scared 40 | 40 | yes | 45 | Sunny chilly low tide |

# Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| Nicole | 10/14 | 2-7 | 70 | (mark) | | | | | 80 | Cold Clean |
| Mark Michael | 12/14 | 8-11pm | 80 | 10:35 | flushed | two scuba divers entering the water | 5-6 | yes | 70 | Cold Clear |
| Mark Michael | 12/14 | 11PM / 7AM | 70 | | | | | | 74 clear | clear |
| Devon L. & Luke | 12/15 | 10:00pm- / 7AM | 61 | | | | | | 51 | snow cold clean |
| Jon K | 12/15 | 2pm-7pm | 60 | | | | | | 40 | snow sunny |
| Mark M... 17/6 | 12/16 | 7pm-11pm | 70 | 8:30 | flushed | two scuba divers entering water | 30 | yes | 60 | cold clear |

## Seal Observations

| Field | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | Pat | Xoule | Xorte | Xayhon R | Dort E | Mike S. |
| **Date** | 12/1 | 12/1 | 12/13 | 12/13 | 12/14 | 12/14 |
| **Shift hours** | 7-10 a~ | 10a-7p~ | 9a-2p~ | 2-7p~ | 7:30 -5 p | 9am-2pm |
| **# of seals at Beginning of Shift** | 65 @ 9a / 40 | 15 | 25 | ~120 | 40 | 40 |
| **What time did the seals go into the water?** | ~9~ | | | | 8:10 a | |
| **Did they enter the water voluntarily or were they flushed?** | flushed | | | | 5 flushed | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | City volved came to fix the mailing on the seawall | | | | 3 divers come out of the water got in truck with fish & gear | 11AM- D.W. Pearce on beach. videotaped |
| **How many seals were flushed?** | 7-40 | | | | | Ø |
| **Was it reported to the Hotline 800 853-1964?** | no | | | | no (too much) | n/a |
| **# of seals at End of Shift** | 70 | 70 | ~100 | | | 70 |
| **Weather conditions** | chilli: sunny | chilli: suny | sunny hyh tide | sunny | | Clear 12/14 6.22pm |

# Seal Observations

| Observation | Kristen R | Bobby O | Mike S. | Joanny | Sabrina | Omar |
|---|---|---|---|---|---|---|
| **Name** | Kristen R | Bobby O | Mike S. | Joanny | Sabrina | Omar |
| **Date** | 12/17 | 12/17 | 12/16 | 12/16 | 12/16 | 12/15 12/16 |
| **Shift hours** | 2-7 PM | 0645-0900 | 1 PM | 7-11pm | 7 am to 9 am | 7AM 7AM |
| **# of seals at Beginning of Shift** | 100 | 68 | 60 | 30 | 42 | 70 |
| **What time did the seals go into the water?** | | | — | | 8:45 am | |
| **Did they enter the water voluntarily or were they flushed?** | | | — | | flushed | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | 0915 - Long place, new signs one beach. Seals moved, toddler walked the, they got a phone call & ripped the signs from the beach. 28 | | Seals no activity after night. Few visitors | Seals came up until 12 Am. No that visitors. | a group of 6 dived went into the water. Also, David Pierce went tell the public to go on the beach. He put signs up, to VERY QUIET NIGHT. | |
| **How many seals were flushed?** | 0 | | 1 | 1 | ~20 | |
| **Was it reported to the Hotline 800 853-1964?** | | | n/o | 1 | yes | |
| **# of seals at End of Shift** | | 68 | 68 | 60 | 25 | 63 |
| **Weather conditions** | | overcast low clouds slight precip | scattered low clouds slight precip | clear N22 | cold clean. | cold clear |

# Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they voluntarily enter the water or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| Kristen R | 12/18 | 4-7 | 56 | | | | | | | |
| Milk S. | 12/18 | 2pm-4:45 | 95 | In + out | voluntary | About 5-6 canvas wound resas down w/ at 4:15pm. About 5-6 canvas wound resas flushed. | 0 | no | 105+ | cool + clear |
| Kristen R | 12/20 | 9-2 am | 65 | | | | | | | 52 cloudy |
| B. | 12/20 | 2-7 | 52 | | | | | | | overcast |
| Kristen R | 12/21 | 7am-10~ | 22 | | | | Reeves showed up, placed "Beach open" signs next to ours saying Beach open on sand. | | | | rough surf |
| Milk S. | 12/14 | 2pm-7pm | 56 | | | | | | 71 | |

# Seal Observations

| | Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals voluntarily or go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mark Michael Huff | 12/24/07 4pm | 7pm 4pm | 71 | | | | NA | | 8 | Clear cold cold |
| | Owen | 12/24/07 7:4? | 11PM | 55 | Gradually outside not going in | ✓ | | NA | | | clear cold |
| | Deborah Lis 12/22 | | 7:00 A.M. — 9:30 A.M. | | | | one looks hurt rub on neck face security guards went my back and flushed the seals 7:00 A.M. | 20 | yes | | |
| | (signature) | 12/22 9am-2pm | | 25 | 11:50 ~ 1:30 p | flushed | 11:50 an Steel & Perry flushed. Verbally & 10 seconds about 10, yelled at people. Verbally opening in walled on the wall, | 10+ | yes | 25 | warm |
| | Mark Michael Huff | 12/22 7pm-11pm | | 21 | | | | 10 | yes | 1 | clear |

A sea lion stayed the entire night of my shift

## Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| (signature) | 12/1 11/23 | 11-7 | 55 | 12:30 | Flushed | 3 Guy Swallbeck through the seals they were drunk | 10 | yes | 37 | cold clear |
| Sabina | 12/23 | 7am – 9am | 37 | NA | | Very peaceful Sunday morning THANK GOD !!! | — | — | 36 | clean high tide |
| Xavier | 12/23 | 9am – 2pm | 36 | | | 10:06 am 2 observing no dogs sand 15+ ... | 15 | yes | ... | low tide cool clear |
| (signature) | 12/23 | 2-7 pm | 20 | | | ... | | | | cool tide cool clear |
| Kristen | 23 | 9-2 | 26 | | | ... | | | | high tide clear |
| Kristen | 24 | 9-2 | 26 | | 1:05 flushed | owner's daughter threw her shoe off so we'll see if we want to go down to retrieve it & flushed ~ 25 seal | 20 | yes | | high tide clear |
| Barbara | 12/25 | 7am – 1:05 | 20 | | | | | | | low tide clear |

## Seal Observations

| | Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Donna | 9/25 | 9-11 | 28 | | | | | | ~45 | warm high tide raining |
| | Mike S. | 9/25 | 11m | 49 | | | 1pm – Another drunk white male (60+ yrs) flushes 12-15. Runs back after I yell at him from sea wall. Return shortly 2pm – lifeguards flush 10 seals on microphone. Return later. 3:30 pm – fat jerk on video says "F- off." must be anti-seal. Flushes 80-25. 84 seals at 3:45 pm. 70-75 seals at 3:50 pm. | | | | |
| | Donna | 12/25 | 8-9 | 45 | | | | | | ~50 | sunny |
| | Michael (nino) | 12/26 | 9-2 | 50 | | | | | | | |
| | Kristen R (nino) | 12/26 | 2-7 | 80? | | | | | | | clear sunny |

# Seal Observations

| Question | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|---|
| **Name** | *(signature)* Owen | Mark Michael Shit | Xavier | Mike S. | Kristen R. | *(signature)* |
| **Date** | 12/28 12/29 | 12/28 | 12/28 | 12/27 | 12/27 | 12/27 |
| **Shift hours** | 7AM | 2pm-4pm | 7:30a-2p | 2pm-7pm | 4-2 | 7-9 |
| **# of seals at <u>Beginning</u> of Shift** | 120 | 102 | 37 | 180/40 | 68 | 25 |
| **What time did the seals go into the water?** | | | | | | |
| **Did they enter the water voluntarily or were they flushed?** | ✓ | | | | | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | 1 sea lion | | Tons of human foot prints, few seals | 4:30± seals @ B problems | | |
| **How many seals were flushed?** | | | | 0 | | |
| **Was it reported to the Hotline 800 853-1964?** | | | | N/A | | |
| **# of seals at <u>End</u> of Shift** | 25 | 108 | | 153 | ? | 68 |
| **Weather conditions** | cloudy | Partly cloudy | sunny | breezy + cool | windy cool | windy |

## Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| Deb S. Hansen 12-21 | 2.9 | | 26 | | | | | | 48 cool lumps | |
| Xark | 12/23 | 9a – 2p | 48 | 12:00 p | flushed | 4 guy on site w/ girlfriend found seal 20+ argued it was OK to walk on the beach | 20+ | yes | 92 | overcast mist |
| Mike S. | 12/23 | 3pm – 7pm | 92 | | | Visitors (2) report cut under flipper, injured pup. | | | | clear |
| Mark Michel Hoff | 12/23 | 7pm – 10pm | 90 | | ✓ | | | | | clear |
| Omar M. | 12/29 | 7pm – 10pm | 90 | | | | Non | 25 | | cloudy cold |
| Sabina Stodd | 12-30 | 7 – 9 am | 15 | — | — | Beautiful, peaceful Sunday morning. The seals were not disturbed :) | 1 | — | 26 | cloudy cold. |

# Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals voluntarily or go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| *(scribble)* | | | | | | | | | 55 | *clear clear (scribble)* |
| Xxxta | 12/30 | 9am–2pm | 26 | | | Johson on the beach @ 1:55 p. | | | | |
| Mike S. | 14 | 2pm–7pm | 50 | | | Johnson –10-9 @ 2pm. | | | | |
| At about 10:45 David Pierce set up a chair and his signs and is sitting on the beach. | 14 | 7–5 | 35 | The helicopters licence was – N3R419 | | there were 2 more pontoons A private helicopter flew right over the pool about 30 feet up and was left 6x about a minute. After that DAVID PIERCE walked down 5 KSV 527 and flushed em away | 15–20 help | Yes A call was made | | |
| Mike T. | 12/31 | 7–5 | 30 | | flushed | an older lady walked right up to them. She ignored closerals. Call was made | | yes | 90 | |
| Barbara Dxxta | 1/1 | 9–2p | 50 | | | | 1 | 1 | 90 | |

29

# Seal Observations

| Question | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | Kristen R | Salina Sood | Kristen | Dink | Dinah | Kristen R |
| **Date** | 1/2 | 1/3 | 1/3 | 1/3 | 1/4 | 1/4 |
| **Shift hours** | 9-2 pm | 7am- 9am | 9-2 pm | 2-7 pm | 8-3 | 9-2 |
| **# of seals at <u>Beginning</u> of Shift** | 33 | 25 | 40 | 15 | 83 | 90 |
| **What time did the seals go into the water?** | gradual | — | 10:35 | | | |
| **Did they enter the water voluntarily or were they flushed?** | Voluntarily while | — | flushed | | | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | | very quiet peaceful morning | diver ... down & flushed ~30 seals from beach. elephant seal in water but did not leave us b/c of diver | lots of pregnant ones | | |
| **How many seals were flushed?** | 0 | 1 | 30... | | | 0 |
| **Was it reported to the Hotline 800 853-1964?** | | — | yes | | | |
| **# of seals at <u>End</u> of Shift** | 13 | 3/6 | 14... | | | 130 |
| **Weather conditions** | clear | clear | overcast | partly cloudy | partly cloudy | partly cloudy cool & windy |

2008