## Seal Observations

| | Amy | Mike S. | George | Roc Taylor | Mark Michel | Mike S. |
|---|---|---|---|---|---|---|
| **Name** | | | | | | |
| **Date** | 1/0 | 1/5 | 1/3 | 01/08 | 01/04 | 01/04 |
| **Shift hours** | 9a–12p | 2pm–7pm | 2:00 | 7:00–10:10 AM | 3pm–11pm | 2pm–7pm |
| **# of seals at Beginning of Shift** | 79 + teeth total pups | 110 | 44 | 31 | 150 | 135 |
| **What time did the seals voluntarily go into the water?** | | | | | | 0 |
| **Did they enter the water voluntarily or were they flushed?** | | | | | | Cause out |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | | Down count 137 @ 4:40pm | | | | Pearce coming up stairs got 2PM, said if you're dogs are numbered, 189 @ 3,390. A few flushed by news camera at night. |
| **How many seals were flushed?** | | | | 0 | 0 | Ø |
| **Was it reported to the Hotline 800 853-1964?** | | | | | | N/a |
| **# of seals at End of Shift** | 10 sunny | | 44 | | 160 | 130 is low clouds cool. |
| **Weather conditions** | sunny | | overcast cool | overcast | dark cloudy sky | low clouds cool. |

31

# Seal Observations

| Name | Sergio | Xonta | Sergio | Mark Michael Booth | Omar | Debra of Sheona |
|---|---|---|---|---|---|---|
| Date | 1/10/08 | 1/10 | 1/11 | 1/11 | 1/11 | 1/11 |
| Shift hours | 9-2 | 2-6 pm | 9-2 | 7-11pm | 11pm 7AM | 7-9:30 |
| # of seals at **Beginning** of Shift | 33 | ~80 | 44 | 51 | 40 | 33 |
| What time did the seals voluntarily go into the water? | | | | | | |
| Did they enter the water voluntarily or were they flushed? | | | | | | |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | | | | | | |
| How many seals were flushed? | | | | | Non | N/A |
| Was it reported to the Hotline 800 853-1964? | | | Hard to count 40? too foggy | Hard to count 40? too foggy | | |
| # of seals at **End** of Shift | ~80 | ~80 | | | 36 foggy | 50 |
| Weather conditions | irving both fog | irving low tide | low fog | Foggy | foggy | slightly overcast |

32

# Seal Observations

| Question | Sabrina Seed | (signature) | Mader M.S.M | Mike S. | EU | GABY |
|---|---|---|---|---|---|---|
| **Name** | Sabrina Seed | (signature) | Mader M.S.M | Mike S. | EU | GABY |
| **Date** | 1/13 | 01/13 | 1/12 | 4/12 | 1/11/08 | 1/11/08 |
| **Shift hours** | 7am–9am | 7AH 11A | 7:15 11:15 | 2pm nap | 11–1130 | 11–1:30 |
| **# of seals at Beginning of Shift** | 34 | 79 | +40 see exit | 80 | 76 | 76 |
| **What time did the seals go into the water?** | | | | | | |
| **Did they enter the water voluntarily or were they flushed?** | | | | | 102 | 102 |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | | | | Johnson went down & 2 people followed him. He is on video yesterday – Serge and Andrea filmed & taped him. doing same thing. Flushed. | | |
| **How many seals were flushed?** | | Ø | Ø | | | |
| **Was it reported to the Hotline 800 853-1964?** | | Ø | | yes | | |
| **# of seals at End of Shift** | | 39 | 70 | | | |
| **Weather conditions** | foggy cold | very foggy | | | (line) | cold high water |

33

## Seal Observations

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|---|
| **Name** | Joe Taylor | Kristen R | Nicole | Kate | Donna | Cammie |
| **Date** | 1/5 | 1/14 | 1/14 | 1/13 | 1/13 | 1/13 |
| **Shift hours** | 7-10:15 | 7pm | 8- | 2pm-7pm / 9-2 | 11am-2pm | 9-11am |
| **# of seals at Beginning of Shift** | # | 100 | 44 | 103 @ 2:15 3:3 | 64 | 52 |
| **What time did the seals go into the water?** | | | | | | |
| **Did they enter the water voluntarily or were they flushed?** | | | | 20 were flushed | | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | | | | David Johnson flushed 20 animals at 4:30 by bringing chair & sitting / 95 @ 5:30 pm | | |
| **How many seals were flushed?** | 0 | | ⌀ # | 20 | | |
| **Was it reported to the Hotline 800 853-1964?** | 0 | | | yes | | |
| **# of seals at End of Shift** | 34 | 114 5in | 100 | 44 | 30 | 64 |
| **Weather conditions** | overcast | | sunny | sunny warm / cool at night | sunny | sunny |

## Seal Observations

| | Entry 1 | Entry 2 | Entry 3 | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|---|---|---|
| Name | Sergio | Milke S. | Mimi | Sergio | Sergio | Zubke |
| Date | 1/15 | 1/15 | 1/16 | 1/16 | 1/17 | 1/17 |
| Shift hours | 9-2 | 2pm-7am | 2-7 | 2-7 | 9-2 | 2-7 |
| # of seals at **Beginning** of Shift | 30 | 50 5 | 51 | 20 | 45 | 39 |
| What time did the seals go into the water? voluntarily or were they flushed? | 12:05 12:30 | | | | | |
| Did they enter the water voluntarily or were they flushed? | Flushed | | | | | |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | Scared by walk up & then threw rocks & seals in water. Snorkeler flight then snorkel seals | | | | | |
| How many seals were flushed? | 15:30 12-15 | | | | | |
| Was it reported to the Hotline 800 853-1964? | Y | | | | | |
| # of seals at **End** of Shift | 950 | 130 5:30 | 67 | | 33 | |
| Weather conditions | Sunny | nice | | Sunny | Sunny | Sunny cloudy |

## Seal Observations

| Field | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | Gaby & Linda | Sharon & Dale | Omar (sig) | Mark Michael | Amy (sig) | (sig) |
| **Date** | 1/9 | 11/9 | 1/13 1/19 | 1/8 | 1/8 | 1/18 |
| **Shift hours** | 11:10–1:10 | 7AM–9AM | 11:17 7AM | 7pm–11pm | 9–2 | 8–5 |
| **# of seals at Beginning of Shift** | 13 | 33 | 60 | 22 | 52 | 45 |
| **What time did the seals voluntarily go into the water?** | 11:05 the few that were here | | gradually into morning | Ø | | |
| **Did they enter the water voluntarily or were they flushed?** | Possibly flushed (slowly) | | V | Ø | | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | a little mom – she's not a seal lover. Wants her kids to play on the beach | — | — | | | |
| **How many seals were flushed?** | 8 | Ø | Ø | Ø | | |
| **Was it reported to the Hotline 800 853-1964?** | No | 1 | No | No | | |
| **# of seals at End of Shift** | 7 | 33 cried | 27 | 25 | 25 | 50 |
| **Weather conditions** | clear warming up | clear cried | clear cold | clear cold | Sunny | Sunny |

36

# Seal Observations

| Field | Entry 1 | Entry 2 | Entry 3 | Entry 4 | Entry 5 | Entry 6 |
|---|---|---|---|---|---|---|
| Name | Xxx | Crmme | Sabrina Seid | Omar | Mark-Michael Hill | Xxx hi |
| Date | 1/20 | 1/20 | 1/20 | 1/19 1/20 | 1/9 | 1/19 |
| Shift hours | 11am–12pm | 11am–1am 11am | 7am–9am | 11?–7? | 7pm–11pm | 2–7 |
| # of seals at **Beginning** of Shift | 95 | ~50 | 26 | 95 | 25 | 5 |
| What time did the seals go into the water? | | 1 | 1 | in the morning | | |
| Did they enter the water voluntarily or were they flushed? | | 1 | 1 | V | | |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | 109 @ 10:30 a | the seals were in and out, naturally | 1 | The highland went up and the seals left | Richard & John leave at 4:15 pm / seals come right back / Supervisor came | |
| How many seals were flushed? | | 0 | 1 | | | |
| Was it reported to the Hotline **800 853-1964**? | | N/A | 1 | | | |
| # of seals at **End** of Shift | | ~80 | 50 | 18 | 72 | 25 4:45 |
| Weather conditions | cool sunny | cool sunny | cold clear | cold clear | clear cold | warm low fog |

37

## Seal Observations

| Field | Stephanie | Kate | Linda | Zinat | Stephanie | Kristen R |
|---|---|---|---|---|---|---|
| Name | Stephanie | Kate | Linda | Zinat | Stephanie | Kristen R |
| Date | 1/20 | 1/20 | 1/21 | 1/24 | 1/21 | 1/21 |
| Shift hours | 12-2 | 2-7 | 7-10 am | 10 am - 2 pm | 3-4 pm | 2-7 |
| # of seals at Beginning of Shift | 100 | 40 | ~115 (75 54) | ~115 | 100 | ~2/10 |
| What time did the seals go into the water? | 1:30pm | 3pm | | | 3pm | |
| Did they enter the water voluntarily or were they flushed? | Flushed | Flushed | | voluntarily | voluntarily | |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | David Johnson arrived w/ lawn chair and seat. | DJ went for a swim after the chougers gunne | 54 @ 7:55 | 170 @ 10:30, 202 @ 11:30 am | (injured pup? report to SR world, came + took a look at it but couldn't enter) | |
| How many seals were flushed? | 10 | 10+ | | | | Ø |
| Was it reported to the Hotline 800 853-1964? | yes | | | | | |
| # of seals at End of Shift | 40 | ~115 | | ~100 | 80 | 2 too few seen |
| Weather conditions | Sunny warm | Sunny warm | cloudy | cloudy | storm cloudy raining cold + breezy | 100 too dim |

# Seal Observations

| Field | | | | | |
|---|---|---|---|---|---|
| Name | Pat Taylor | Sergio | Xxx | Sergio | Stephanie | Sergio |
| Date | 1/22 | 1/22 | 1/22 | 1/23 | 1/23 | 1/24 |
| Shift hours | 7-10 | 9-3 | 3-5 | 9-2:50 | 2-4 | 9-2:50 |
| # of seals at **Beginning of Shift** | 31 | 85 | 64 | 50 | 40 | 50 |
| What time did the seals go into the water? | — | | | | | 1:20 |
| Did they voluntarily enter the water or were they flushed? | — | | | | voluntary | flushed |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | A group of 15-20 photographers went down on the beach? Nr 1 seal was flushed — ② | Johnson flushed 30-40 ... | | | ...cut at the same time. No noticeable disturbance. | Handy man came and flushed purposely |
| How many seals were flushed? | 0 | 30-40 | | | | 20 |
| Was it reported to the Hotline 800 853-1964? | | yes | | | Y | Y |
| # of seals at **End of Shift** | 67 | 64 | | | 90 | |
| Weather conditions | chilly overcast | Sunny | | Sunny | cloudy chilly | Rain |

39

## Seal Observations

| Name | Date | Shift hours | # of seals at **Beginning** of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at **End** of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| *Ocean (signature)* | 1/25, 1/26? | 7pm 11pm | 80 | | ✓ | | | | ~75 | cold calm |
| Mark- Michal H&H | 1/25 | 7pm 11pm | 76 | | | | | | ~70 | cold calm |
| *Dakota (signature)* | 1/25 | 9-12pm | ~110 | | | | | | ~180 | clear |
| *Dana Bell (signature)* | 1/25 | 2-9 | 86 | | | | | | 100 | windy cloudy |
| Jenn W. | 1/24 | 4:30 7:30? | ~130 | | | | | | | windy cloudy |
| *Dana (signature)* | 1/24 | 2-7 | ~130 | | | | | | | very windy cloudy snowing |

## Seal Observations

| Name | Date | Shift hours | # of seals at __Beginning__ of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at __End__ of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| The Taylors | 1/29 | 7-10:00 | 81 | didn't go | | A photograph was here but no seals were flushed — no seals flushed — | 0 | / | 121 | Cloudy cool |
| Xavier | 1/27 | 11:-7- | ~30 | | | | | | sunny clear | clear | 
| Connie | 1/27 | 9-11am | 80 | n/a | n/a | | 8 | yes | 130 | still sandy |
| Sabina | 1/27 | 7-9am | ~48 (?) | | | | | | clear (cool) | brite daily sandy |
| Xavier | 1/26 | 2-7 M | ~90 | | | Mexican hangers stood on rocks, Nick's shift, truck # 858-583-4177 | 2 | yes | | cool cloudy |
| SHANNON LADUKE DEB LIS | 1/26/08 | 7-9 AM | 47 | 8:45AM | flushed (wore 60 seals) when flushed | Quick people went on beach to take pictures of seals, clicked seals, intentionally clearly stood nearly to flushed 46 seals that went in water when flushed flowing back to beach on beach | 46 | yes | 35 | cool clear |

# Seal Observations

| | Svg - | Shawn | Ron E | Se... | Jivola | Jenta |
|---|---|---|---|---|---|---|
| **Name** conditions | | | | | | |
| **Date** | 2/1 | 2/1 | 1/3? | 1/31 | 1/31 | 1/30 |
| **Shift hours** | 9-3 | 7-9 pm | 5-7 pm | 10-5 | 9-10 am | 10-5 pm |
| **# of seals at Beginning of Shift** | 67 | 34 | 103 | 75 | ~70 | 121 |
| **What time did the seals go into the water?** | | | | | | |
| **Did they enter the water voluntarily or were they flushed?** | | | | | | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | | | | | | |
| **How many seals were flushed?** | | | | | | |
| **Was it reported to the Hotline 800 853-1964?** | | | | | | |
| **# of seals at End of Shift** | | 464 | ~130 | | ~75 | |
| **Weather conditions** | partly cloudy | sunny | clear | sunny | sunny | cloudy cool |

## Seal Observations

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|---|
| **Name** | Omar | Mark Michael | Xonda | *(signature)* | Omar | Monte Michael |
| **Date** | 2/2 2/3 | 2/2 | 2/2 | 2-2 | 2/12 | 4/1 |
| **Shift hours** | 11PM 7AM | 7pm 11pm | 2-7 pm | 7-9 | 7AM 11PM | 7pm 11pm |
| **# of seals at Beginning of Shift** | 80 | 130 | 140 | 45 | 70 | 35 |
| **What time did the seals go into the water?** | metro redcross coming up | Ø | | | 9/ | Ø |
| **Did they enter the water voluntarily or were they flushed?** | ✓ | Ø | | | ✓ | Ø |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | Y um | | | photographer w/ elephant lense went on beach 7:30AM. | None | |
| **How many seals were flushed?** | Ø | Ø | | 10 | Ø | Ø |
| **Was it reported to the Hotline 800 853-1964?** | Ø | No | | no | N/A | Ø |
| **# of seals at End of Shift** | 25 | 140 | | 100 | 33 | 51 |
| **Weather conditions** | cloudy | Partly Cloudy | sunny | Pretty cloudy | Cloudy | Partly cloudy |

43

## Seal Observations

| Seal Observations | Dirk | Nicole | Kristen R | Ric Taylor | Sergio | Dirk |
|---|---|---|---|---|---|---|
| Name | Dirk | Nicole | Kristen R | Ric Taylor | Sergio | Dirk |
| Date | 2/3 | 2/4 | 2/4 | 2/5 | 2/5 | 2/5 |
| Shift hours | 2p | 9-2 | 2-7 pm | 7-10am / 24 | 10-5:30 | 5-7 p |
| # of seals at Beginning of Shift | 66 | 80 | 120 | 24 | 30 | 115 |
| What time did the seals voluntarily go into the water? | | | | — | | |
| Did they enter the water or were they flushed? | | | | — | | |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | | | | | | |
| How many seals were flushed? | | | | 0 | | |
| Was it reported to the Hotline 800 853-1964? | | | | 0 | | |
| # of seals at End of Shift | | 120 | 1st | 7+ | 115 | ~130 |
| Weather conditions | rsh | Sunny | Sunny cool breezy | Sunny | Sunny | Cool |

# Seal Observations

| | Sark | Nicole | Kate | Saloni | Sergio | Xena |
|---|---|---|---|---|---|---|
| **Name** | Sark | Nicole | Kate | Saloni | Sergio | Xena |
| **Date** | 2/6 | 2/6 | 2/6 | 2/7 | 2/7 | 2/7 |
| **Shift hours** | 8:30 – 12 | 9–2 | 2–7 | 7–9 am / 8:30–10a | 10–5 | 5–7 |
| **# of seals at Beginning of Shift** | 40 | 48 | 63 | 25 | 35 | 10 |
| **What time did the seals go into the water?** | | | | | 2:45 | |
| **Did they enter the water voluntarily or were they flushed?** | | | | | Slushed | |
| **Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail** | Lots of footprints, few seals | a photographer went down + was kind of rude but didn't scare any | a few entered on own accord, started coming back at sunset | F. in crew (w/ permit) | Brought bench + equip on beach Flush9 gA 100 seals Plate 4 GAUVX75 | |
| **How many seals were flushed?** | | | | | ~100 | |
| **Was it reported to the Hotline 800 853-1964?** | | | | | yes | |
| **# of seals at End of Shift** | 42 | 63 | 53 at 5:15 PM | | 10 | |
| **Weather conditions** | cool sunny high tide | sunny | sunny slight breeze warm | | Sunny | ch.11/3 |

# Seal Observations

| Field | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|
| Name | Dengie | Nicole | Mark-Michal Hall | Owen + Darcy | A + ull | Linate |
| Date | 2/8 | 2/8 | 1/8 | 2-9 | 2/8 | 2/3 |
| Shift hours | 9-2 | 2-7pm | 7pm-11pm | 7-9 AM | 11PM 7AM | 2-7 pm |
| # of seals at Beginning of Shift | 20 | 40 | 10 | 35 | 42 | 82 |
| What time did the seals go into the water? | | | | | | |
| Did they enter the water voluntarily or were they flushed? | | | | | | |
| Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | | 944 comes swimming + flushes 20 | | | | |
| How many seals were flushed? | 20 | ∅ | No ∅ | | | ~/20 |
| Was it reported to the Hotline 800 853-1964? | | 40 | ∅ | | | |
| # of seals at End of Shift | 36 | 10 5:15 | 35 | 55 | 35 | |
| Weather conditions | Sunny | clear | clear cold | clear cold | clear cold | hot sun green |

46

# Seal Observations

| Name | Date | Shift hours | # of seals at Beginning of Shift | What time did the seals go into the water? | Did they enter the water voluntarily or were they flushed? | Please describe any flushing incidents and please describe the person(s) who flushed the seals in detail | How many seals were flushed? | Was it reported to the Hotline 800 853-1964? | # of seals at End of Shift | Weather conditions |
|---|---|---|---|---|---|---|---|---|---|---|
| Mark Michel Hott | 2/9 | 7pm 11pm | 120 | 0 | | | 0 | 0 | 120 very dark | clear cold |
| Conan ... | 2/10 | 11PM | 188 | gradually | V | Non | 0 | 0 | 57 clear cold | sunny clear cold hot haze |
| Sabina | 8/10 | 7 am - 9 am | 49 | | | | | | 53 clear warm | sunny warm |
| Connie | 8/10 | 9am - 11am | 53 | — | Most voluntarily | Great day! | 0 | 0 | 49 | sunny warm |
| Donato | 2/10 | 11a - 2p | 43 | | | Lifeguards announce beach off limits to the public for the reason !!! | 0 | 0 | 41 | sunny clear high tide |
| Barbara | 2/11 | 0630-0915 #01u hudbeen listed | 0630-331 #01u hudbeen listed | | | pupping doing last evening - Dawn Ø | Ø | Ø | 41 | cloudy clear |

Exhibit J



UNITED STATES DEPARTMENT OF COMMERCE
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Office for Law Enforcement
Southwest Region
501 W. Ocean Blvd., Suite 4300
Long Beach, CA 90802

March 21, 2006

Mayor Jerry Sanders
City Administration Building
11th Floor
202 C Street
San Diego, CA 92101

Dear Mayor Sanders,

I am writing in regard to the marine mammals at La Jolla's Children's Pool and steps we can take to protect them and the people in the community. In the past few months, there have been numerous calls and other communications to NOAA's Office for Law Enforcement (OLE) regarding incidents of marine mammal harassment by the public at the Children's Pool Beach (CPB) in La Jolla, CA. As you know under the Marine Mammal Protection Act (MMPA), §16 U.S.C. 1372 (a)(2)(A), *it is unlawful for any person or vessel or other conveyance to take any marine mammal in waters or on lands under the jurisdiction of the United States.* Harassment is listed under the definition of 'take.'

Take means to harass, hunt, capture, collect, or kill, or to attempt to... any marine mammal.

Harassment  (Level B) means any act or pursuit, torment, or annoyance which has the potential to disturb a marine mammal or marine mammal stock in the wild by causing disruption of behavioral patterns, including, but not limited to, migration, breathing, nursing, breeding, feeding, or sheltering but which does not have the potential to injure a marine mammal or marine mammal stock in the wild.

The CPB receives an estimated 80,000 visitors per month which increases the potential for seal/human interaction. OLE has placed two signs down on the beach which warn the public to keep a safe distance from the hauled out seals and sea lions. While the guidelines are useful, they have not prevented actions that could be considered harassment from occurring at the beach, particularly during pupping season. The OLE has received over 60 HOTLINE calls reporting alleged marine mammal harassment at the CPB since January 1, 2006. The agency responded to these complaints by increasing the number of patrols to the beach, especially on weekends but, resources do not afford us with the ability to maintain a constant presence.



Harbor seals haul out at CPB for breeding, nursing, molting, and resting. The pupping season at the CPB is from January through the end of April. Typically, the pup is born and weaned during the late spring. Nursing usually lasts about 3-6 weeks, averaging about 4 weeks until the pup is weaned. Unlike many other seal pups, harbor seals are able to swim at birth, but harbor seal mothers are very protective and the mother/pup bond is very important, particularly during the time immediately following birth.

California State Parks closed beaches in Arroyo Laguna and Piedras Blancas because of concerns of elephant seals being harassed at sites they are known to haul out to rest, give birth, care for their pups, and molt.

OLE is concerned that the public will continue to harass marine mammals and continue to be subject to citation under the MMPA at CPB. Therefore, we strongly recommend, as well, that the City close the CPB during the remainder of pupping season (through the end of April). The closure during this time will afford the City with time to decide, plan, and place into action a more permanent strategy for the CPB.

In the event you decide against a temporary closing of the beach, as conducted at Arroyo Laguna and Piedras Blancas, consider reinstating the CPB rope barrier that was once in place. Unfortunately, in the past the rope barrier did not deter the "determined" individual(s) from approaching the seals. The rope barrier will provide a clear message for those that have a sincere desire to respect the marine mammals present on the beach, and therefore will provide some level of heightened protection for the adult and newborn seals. The rope barrier will also aid in informing humans when they are more likely to be found in violation of the MMPA and potentially cited. This option has been supported by Susan Davis, Member of the U.S. Congress (House or Representatives).

OLE appreciates and looks forward to a continued opportunity to work with you in assisting you fulfill your goals as well as protect the animals and citizens of our community.

Sincerely,

Donald W. Masters
Special Agent in Charge

cc: Julie Teel, Office of the City Attorney
    April Penera, City Manager's Office
    Dale Jones, Director, Office for Law Enforcement
    Rod McInnis, Regional Administrator, SW Region

Exhibit K

**MARINE MAMMAL COMMISSION**
4340 EAST-WEST HIGHWAY, ROOM 905
BETHESDA, MD 20814

3 November 2005

Mr. Rodney R. McInnis
Administrator, Southwest Region
National Marine Fisheries Service
501 West Ocean Boulevard, Suite 4200
Long Beach, CA 90802-4213

Dear Mr. McInnis:

The National Marine Fisheries Service's Office of Protected Resources recently provided the Commission with a copy of your 17 October 2005 letter to April Penera concerning the applicability of section 109(h) of the Marine Mammal Protection Act to the taking of harbor seals at Children's Pool Beach in La Jolla, California, by the City of San Diego. This letter was sent in response to a 26 September 2005 letter from the San Diego City Attorney's Office seeking the Service's views as to whether section 109(h) provides authority to disturb seals that may be on the beach at the time of proposed sand removal. That letter further suggests that the City may seek to use the authority of section 109(h) to "remove" seals from the area "based on the need to protect the public health and welfare, as well as the seals being a nuisance animal."

The proposed actions would be carried out to comply with a California Superior Court ruling (O'Sullivan v. San Diego) issued on 25 August 2005 that directed the City "to employ all reasonable means to restore the [Children's] Pool to its 1941 condition by removing the sand build-up and further to reduce the level of water contamination in the Pool to levels certified by the County of San Diego as being safe for humans." The court noted, however, that nothing in its order was to be construed as requiring the City to violate any other applicable law, including the Marine Mammal Protection Act. The question of whether the court-ordered displacement of seals and/or modification of habitat at Children's Pool is appropriate is purely a question of state law and not something on which the Commission intends to comment. In contrast, it is appropriate for the Commission to provide advice to the Service and the City designed to ensure that any taking of marine mammals that may occur while complying with the court's order is conducted in full compliance with the provisions of the Marine Mammal Protection Act. It is toward this end that we send this letter.

Your letter to Ms. Penera suggests that section 109(h) provides the necessary authority for the proposed taking of harbor seals at Children's Pool Beach. Upon closer examination, however, your letter does not address the City's central questions. Rather, it merely provides a restatement of the applicable law—"NMFS agrees that the MMPA allows the City to restore the beach for exclusive human use provided the City determines one or more of the…provisions of section 109(h) apply and can document the decision" (emphasis added)—without indicating whether the Service believes that the proposed activities fit within the scope of section 109(h).

52

Mr. Rodney R. McInnis
3 November 2005
Page 2

The Commission believes that guidance on interpreting this provision of the Marine Mammal Protection Act is properly within the purview of the Service and should not be deferred to local jurisdictions to make independent determinations as to whether certain activities fit within the scope the section 109(h) taking authority. This is particularly true in this case, which raises several novel issues of statutory construction and which has the potential to set a precedent concerning how human-marine mammal interactions are dealt with elsewhere. The Commission therefore recommends that the Service and/or NOAA's Office of the General Counsel provide a much more rigorous analysis of the applicability of section 109(h) to each aspect of the proposed taking to determine if other types of taking authorization (e.g., an incidental taking authorization under section 101(a) (5) of the Act) might also be needed.

Similar questions about the scope of section 109(h) arose 15 years ago when the Service was contemplating adopting a policy to allow government officials to take marine mammals to protect other public natural resources (e.g., fish) from predation and damage under the public welfare provision of section 109(h)(1)(B). This prompted the Commission to send the enclosed 25 May 1990 letter to the head of the Service, which examined the legislative history of section 109(h) and its precursor provisions. The Commission believes that this review would provide a good starting point for the type of analysis the Commission recommends be undertaken with respect to the applicability of section 109(h) to the situation at Children's Pool.

The Commission recognizes that, in contrast to the proposed removal of pinnipeds to protect fish stocks, the proposed response at Children's Pool is based, at least in part, on public health concerns. As such, the taking proposed by San Diego more closely comports with the legislative intent behind section 109(h). Nevertheless, several other issues need to be considered before the City proceeds with the proposed taking. The key issues are summarized below.

(1) As noted in the legislative history of section 109(h) and discussed in the Commission's 1990 letter, this provision originally was enacted primarily to allow government officials to respond to emergency situations when public health or safety, or the welfare of a marine mammal, is in jeopardy. Is it an appropriate use of this provision to allow taking in response to situations that, although presenting a public health or safety concern, cannot appropriately be classified as emergencies?

(2) Your letter characterizes the proposed action by San Diego as the intentional harassment of seals. Despite this characterization, apparently most of what the City intends to do is to take seals incidental to the removal of sand at Children's Pool (i.e., the City indicates that "[t]he sand removal proposal has the potential to disturb any seals that may be on the beach at the time of sand removal"). As noted in the first sentence of the second paragraph of your letter, section 109(h) authorizes government officials to take marine mammals "intentionally" in certain instances. It is not clear that taking incidental to habitat modification of the type being proposed by San Diego fits within the scope of that provision, even if the underlying purpose relates to public health or safety. Can the proposed removal of sand at Children's Pool properly be characterized as an intentional, directed take? If not, does section 109(h) authorize the incidental taking of marine mammals?

Mr. Rodney R. McInnis
3 November 2005
Page 3

(3)    If the Service determines that incidental taking is authorized under section 109(h), additional guidance is needed. Certain activities for which incidental take authorizations are currently sought under section 101(a)(5) of the Marine Mammal Protection Act arguably pertain to public health and safety (e.g., seismic retrofitting of bridges and dredging of harbors). Would the taking of marine mammals incidental to such activities be authorized by government officials under section 109(h)? If not, what distinguishes the situation at Children's Pool?

(4)    Apart from section 109(h)(1)(B), which authorizes taking to protect public health and welfare, section 109(h)(1)(3) authorizes the nonlethal removal of nuisance animals. Although this provision was added to the statute in 1981, the Service has never defined what constitutes a "nuisance" marine mammal. The Commission has advocated a definition that requires more than mere inconvenience or interference with competing human activities. Rather, for an animal to constitute a nuisance, it should be acting in an abnormal way or responding to some unnatural stimulus. For example, a sea lion that eats fish that fishermen would like to catch does not, per se, constitute a nuisance. However, if that same animal targets fish that are concentrated by a man-made barrier that impedes their movements or that have already been caught by fishermen, it could appropriately be characterized as a nuisance animal. Similarly, marine mammals that merely haul out or congregate in areas of natural habitat should not be considered to be nuisance animals, even if people would like to make other use of such areas. If, however, the marine mammals are attracted to an area because of non-natural changes to such areas, (e.g., the construction of boat floats on which animals may haul out), such animals could be considered nuisance animals. Do seals at Children's Pool, by merely hauling out on the beach, constitute a nuisance? What if the seals make similar use of a nearby area that has not been altered by the construction of a breakwater? Should the analysis of what constitutes a nuisance change depending on whether the use of an area by humans precedes the conflicting use by marine mammals? If so, how would such a policy account for the fact that marine mammals may have been excluded from certain areas that were historically inhabited by the species?

(5)    From the exchange of letters provided to the Commission, it is not clear whether the proposed sand removal and/or directed taking of seals by harassment at Children's Pool would be carried out by City employees or by contractors. Section 109(h) is quite explicit that taking under that provision be conducted by government officials or employees in the course of their official duties. Although others may be designated to take marine mammals under the authority of section 109(h), they must be designated by the Secretary in accordance with section 112(c) of the Act. That is, the City may not designate someone other than a City official or employee to take marine mammals on its behalf. Does the City intend to use city employees or contractors to carry out the proposed activities? If the latter, have they been or can they be authorized to take marine mammals in accordance with section 109(h)?

Mr. Rodney R. McInnis
3 November 2005
Page 4

This list of questions is not intended to be exhaustive and is provided primarily to illustrate that additional analysis of the applicability of section 109(h) to the proposed taking of seals by San Diego is needed. We look forward to resolution of these and related questions. Toward this end, please feel free to contact the Commission staff if we can be of help in conducting the recommended review.

Sincerely,

David Cottingham
Executive Director

cc:    William T. Hogarth, Ph.D.
       Mr. James H. Lecky
       Ms. April Penera
       Mr. Samuel D. Rauch, III

Exhibit L

## Exhibit L: Harassment DVD

1. December 23, 2004
The rope is removed and crowd surrounds pregnant seals causing them to flush in the water. Three tourists touch the seal. The visitors ignore NOAA signs and get too close to the animals.

2. January 4, 2007
Pregnant seals stampede in the water when a swimmer enters the beach.

3. August 4, 2007
Two young men harass resting seal, throw objects at it.

4. April 14, 2006
Man walks along sea wall causing the seals to jump off the rocks and flush of the sand into the water. The incident was recognized as a violation of MMPA by NMFS (witness information was filed by Rebecca Stanger)

5. April 15, 2006
The same man repeatedly harasses the seals by getting too close. The incident was recognized as a violation of MMPA by NMFS (witness information was filed by Rebecca Stanger)

6. February 1, 2008
Two men walk towards the shore causing a massive seal stampede.

7. February 7, 2008
German film crew enters the beach and causes a massive seal stampede despite the fact that they are close to the cliffs.

8. October 27, 2006
Older man scares the seals of the rocks near the sea wall claiming he did not see any signs/visual barrier informing him about the safe distance from the seals.

9. July 4, 2007
Little girl kicks a sick seal pup several times; woman in a straw hat pets the sick seal. Crowd of visitors surrounds the sick pup tormenting him the whole day. Lifeguards help with lending me two orange cones, which fail to work after a while.

10. July 28, 2007
Sick pup with a fishhook in its mouth is harassed by the crowd and is prevented from hauling out in order to be rescued by SeaWorld.

11. July 7, 2007
Man walks down the beach causing a massive seal stampede.

12. June 2, 2007
Two women walk down the beach, cause them to flush in the water.

13. November 25, 2005
Man walks towards the shore causing a massive seal stampede.

14. July 28, 2007
Man walks towards the rocks and causes seals to jump in the water.

15. November 29, 2007
UCSD student approaches the seals several times in order to get water samples causing a massive stampede in the water.

16. August 29, 2007
Divers enter water and cause a massive seal stampede.

17. September 22, 2007
Two divers enter water causing a massive seal stampede. The incident was recognized as a violation of MMPA by NMFS (witness information was filed by Rebecca Stanger)

18. August 12, 2007
About fifty animals are scared off the beach by a drunk woman with a dog. Woman was later cited by the police.

19. March 11, 2006
A man with his family and a military knife attached to his leg walks quickly towards pregnant and nursing seals with their pups causing a massive stampede. The incident was recognized as a violation of MMPA by NMFS (witness information was filed by Dorota Valli). The footage (low quality) was filmed using a personal digital camera by a visiting tourists standing on the sea wall.

20. December 24, 2006
A man and his son run towards pregnant seals causing a massive stampede: one of the females aborts her baby, which dies the next day.

21. December 16, 2008 (second day of a current pupping season)
Man walks on the beach causing seals to flush. A group of divers enters water sending more pregnant seals into the ocean.