## PROOF OF SERVICE BY ELECTRONIC FILING

*ANIMAL PROTECTION AND RESCUE LEAGUE V. STATE OF CALIFORNIA*
U.S. District Court Case No.: 07 CV 2320 JM AJB

I, Bryan W. Pease (SBN 239139), declare that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I reside in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 302 Washington St. #404, San Diego, CA 92103.

I CAUSED TO BE SERVED, THE FOLLOWING DOCUMENTS:

**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF DOROTA VALLI; DECLARATION OF JOE CORDARO**

I served the individuals named on February 14, 2008 by electronic filing:

Christina Bull Arndt (christina.arndt@doj.ca.gov)

Paul Robert Kennerson (paul@kennersongrant.com, danna@kennersongrant.com)

George F Schaefer (GSchaefer@sandiego.gov, GBotha@sandiego.gov)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2008, San Diego, California.


s/ Bryan W. Pease__
Bryan W. Pease