Paul R. Kennerson [SB #45430]
**KENNERSON & GRANT, LLP**
101 West Broadway, Suite 1150
San Diego, California 92101
Telephone: (619) 236-8555
Facsimile: (619) 236-0555
E-Mail: paul@kennersongrant.com

Attorneys for Proposed Intervenor
VALERIE O'SULLIVAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, and DOES 1 to 100,<br><br>Defendants. | Civil No. 07 CV 2320 JM (AJB)<br><br>DECLARATION OF PAUL KENNERSON IN SUPPORT OF REPLY TO OPPOSITION OF PLAINTIFFS TO VALERIE O'SULLIVAN'S MOTION TO INTERVENE.<br><br>CTRM: 16<br>DATE: February 21, 2008<br>TIME: 4:00 p.m. |

I, Paul Kennerson, declare:

1. I am an attorney with Kennerson & Grant, LLP, counsel for proposed intervenor Valerie O'Sullivan. I am licensed to practice law in the State of California and am counsel responsible for representing Ms. O'Sullivan in this matter. I also represented Ms. O'Sullivan in a related matter, *O'Sullivan v. City of San Diego,* before the California Superior Court, County of San Diego (Case No. GIC826918), before the California Court of Appeals, 4th Appellate District (Case No. D047382), and before the Supreme Court of California (Case No. S157299). I have personal

1

07CV2320 JM (AJB)
DECLARATION OF PAUL KENNERSON

knowledge of the facts contained in this declaration. If called as a witness I could and would testify that the following facts are true and correct, based upon my own personal knowledge, except where my knowledge is based upon information and belief.

2. Attached as Exhibit A is a true and correct copy of the Order Granting Petition for Relief in *State of California v. David W. Pierce*, San Diego Superior Court Case No. CRE92322.

3. Attached as Exhibit B is a true and correct copy of the Order of Dismissal of Employer's Petition for Injunction Prohibiting Violence or Threats of Violence Against Employee (Workplace Violence) entered May 23, 2006, in San Diego Superior Court Case No. GIC863195.

4. Attached as Exhibit C is a true and correct copy of the Dismissal entered July 5, 2007, in San Diego Superior Court Case No. IC871345.

5. Attached as Exhibit D is a true and correct copy of Judge Enright's November 17, 2006, Ruling denying the Motion for Sanctions in San Diego Superior Court Case No. IC871345.

5. I have no quarrel with nor regard for APRL's right to exist or conduct such lawful activities as it sees fit. I do believe that APRL, like all lawful citizens, should honor and observe the law and so conduct itself as not to interfere with the rights and duties of other citizens to do the same.

6. My partner of many years, John Grant, is very ill and disabled from working except on rare occasions. Our firm has thus reduced to one full-time lawyer and an assistant. We have our hands full with other work, which is interesting and pays decently, and have no purpose to enlarge or protract the Children's Pool litigation, for financial or any other reason.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration is executed this 15th day of February, 2008, at San Diego, California.

/s/
Paul Kennerson
E-mail: paul@kennersongrant.com

*Animal Protection and Rescue v. The State of California, et al.*
United States District Court, Southern District of California
Table of Contents to Exhibits to Declaration of Paul Kennerson

| Exhibit | | Page No(s) |
|---|---|---|
| A. | Order Granting Petition for Relief in State of California v. David W. Pierce, San Diego Superior Court Case No. CRE92322 | 1-35 |
| B. | Order of Dismissal of Employer's Petition for Injunction Prohibiting Violence or Threats of Violence Against Employee (Workplace Violence) entered May 23, 2006, in San Diego Superior Court Case No. GIC863195 | 1-35 |
| C. | Dismissal entered July 5, 2006, in San Diego Superior Court Case No. IC871345 | 36-72 |
| D. | Judge Enright's November 17, 2006, Ruling denying the Motion for Sanctions in San Diego Superior Court Case No. IC871345 | 73-128 |

# EXHIBIT A

Exhibit _A_, Page _1_

| | |
|---|---|
| PETITIONER OR ATTORNEY FOR PETITIONER (Name, State Bar number, and address):<br>DAVID W. PIERCE    9344 LETICIA DR.<br>SANTEE CA. 92071<br>TELEPHONE NO.: 619 448-1578    FAX NO.(Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  N/A | (COURT USE ONLY)<br><br>F I L E D<br>Clerk of the Superior Court<br>DEC 15 2006<br>By: K. FAHEY, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>☐ CENTRAL DIVISION  220 W. BROADWAY, SAN DIEGO, CA 92101-3814<br>☐ NORTH COUNTY DIVISION  325 S. MELROSE DR., VISTA, CA 92081-6695<br>☐ EAST COUNTY DIVISION  250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ SOUTH COUNTY DIVISION  500 3RD AVE., CHULA VISTA, CA 91910-5649 | |
| PLAINTIFF<br>PEOPLE OF THE STATE OF CALIFORNIA | COURT CASE NUMBER<br>CRE92322 |
| DEFENDANT<br>DAVID W. PIERCE | CITY/DISTRICT ATTORNEY NUMBER |
| ORDER GRANTING PETITION FOR RELIEF<br>(PC1203.4 & 1203.4a) | |

The Court finds that the defendant is statutorily eligible for the relief requested.

**THE PETITION IS GRANTED. IT IS HEREBY ORDERED THAT:**

☒ The conviction(s) herein be set aside and the charge(s) dismissed. The conviction(s) herein be set aside, and the charge(s) dismissed

☐ Probation, currently in effect, be terminated, the conviction(s) herein be set aside, and the charge(s) dismissed pursuant to Penal Code 1203.3 & 1203.4 due to defendant's good conduct and reform.

☐ The defendant pay an administrative fee (Misdemeanor $60.00 or Felony $120.00) OR request a fee waiver by filing "Application For Waiver of Court Fees and Costs" and an "Order On Application for Waiver of Court Fees and Costs"
by _____ (15 days).

☐ The administrative fee is waived.

**IT IS FURTHER ORDERED** that the defendant is released from all penalties and disabilities resulting from this conviction, **EXCEPT:**

- The defendant is ordered to disclose this conviction in response to any direct question contained in any questionnaire or application for public office, for licensure by any state or local agency, or for contracting with the California State Lottery.
- This order does not permit the defendant to own, possess, or have custody of any firearm nor does it prevent conviction of the defendant under Penal Code Section 12021.
- This order does not affect any revocation or suspension of your privilege to drive a motor vehicle. Your conviction in this case shall be considered a conviction for the purpose of revoking or suspending or otherwise limiting such privilege on the ground of two or more convictions (VC 13555).
- In any subsequent prosecution for any other offense, the conviction in this case may be pleaded and proved as a prior conviction and shall have the same effect as if this petition has not been granted.
- The conviction in this case remains a part of the court file which can be viewed by the public.

Dated DEC 15 2006    By _____
                           Judge of the Superior Court HERBERT J. EXAF

You may have the right to petition for a Certificate of Rehabilitation and Pardon. An instruction packet may be obtained from this court.

**CLERK'S CERTIFICATE**

The foregoing is a full, true, and correct copy of the original on file in this office.

THE CLERK OF THE SUPERIOR COURT

Dated DEC 15 2006    by _____
                           Deputy

SDSC CRM-206(New 2-05)    ORDER GRANTING PETITION FOR R    Exhibit A, Page 2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

ECS
CRE92322  DA  B2869301
☐ CENTRAL  ☐ NORTH  ☒ EAST  ☐ SOUTH
87185363
**PC1203.4 PETITION**

DATE 12-15-06  AT 09:30 M.
PRESENT: HON. HERBERT J. EXARHOS          JUDGE PRESIDING DEPARTMENT  011
CLERK _____  REPORTER _____  CSR# _____
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA
                                       NO  DA  V. Ryan
                                       DEPUTY DISTRICT ATTORNEY  M. Berberich
VS.
PIERCE   DAVID   M        R  J. BROWN
DEFENDANT                  ATTORNEY FOR DEFENDANT (PD / APD / PCC / RETAINED)
VIOLATION OF  HS11397(A) M C+1         P.O. _____
ENH(S): _____                INTERP. _____    OATH ON FILE / SWN.
PRIOR(S): _____              LANGUAGE _____

☐ DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ NOT PRODUCED       ☐ WAIVES HEARING
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION
☐ PROBATION IS / REMAINS: FORMALLY / SUMMARILY  ☐ REVKD  ☐ REINST  ☐ MODIFIED  ☐ CONT  ☐ ST&C  ☐ TERMD.  ☐ EXT. TO: _____
☐ COMPLIANCE WITH PC 296 VERIFIED / ORDERED.  ☐ WAIVES ARRAIGNMENT.  ☐ ARRAIGNED FOR JDGMT.  ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSP.
☐ PROBATION IS:  ☐ DENIED  ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____ / PNDG. SUCC. COMPL. OF PROB.  ☐ PAROLE NOT TO BE GRANTED.
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO _____ / PNDG. SUCC. COMPL. OF PROB.  ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS / DAYS PSP / VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY _____
☐ 4TH AMENDMENT WAIVER: ☐ IMPOSED. / ☐ REMAINS IN EFFECT. / ☐ DELETED.  ☐ FORMAL PROB. CONVERTS TO SUMM. PROB. _____
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER.  ☐ WORK FURLOUGH, REPORT: _____
☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY  ☐ PER WI 1737
☐ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS  ☐ PER PC 1170(d).
☐ FOR _____ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF _____ YEARS / MONTHS / TO LIFE
☐ ON COUNT _____ CODE & NO. _____  ☐ PRINCIPAL COUNT.  ☐ STIPULATED SENTENCE _____
☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12.  ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.
☐ NO VISITATION PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFT. ADVISED REGARDING PAROLE / APPEAL RIGHTS.  ☐ REGISTRATION PER PC 290 / HS 11590 / PC 457.1 / PC 186.30.
☐ HIV TESTING PER PC 1202.1. / DNA SAMPLING PER PC 296.  ☐ PROTECTIVE ORDER ISSUED.
☐ DEFENDANT TO PAY: FINE OF $ _____ PLUS PENALTY ASSESSMENT.  ☐ $20 COURT SECURITY FEE.  ☐ PROBATION COSTS.  ☐ BOOKING FEES.
☐ REST. FINES: ☐ $ _____ PER PC1202.4(b).  ☐ F/W PER PC2085.5.  ☐ $ _____ PER PC1202.44 / PC1202.45 SUSP. UNLESS PROB. / PAROLE REVKD
☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $ _____ SUSPENDED PER PC 1202.44, IS NOW DUE.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $ _____ / IN AN AMT. TO BE DETERMINED.  ☐ JOINT & SEVERAL
☐ COURT APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $ _____
☐ INCOME DEDUCTION ORDER OF $ _____ PER PAY PERIOD PER PC 1202.42 STAYED UNLESS DEFT. FAILS TO PAY VICTIM REST.  NOTICE OF RIGHTS PROVIDED.
☐ AT THE COMBINED RATE OF $ _____ PER MONTH TO START 60 DAYS AFTER RELEASE / ON _____
☐ DEFT. TO REPORT TO REVENUE & RECOVERY / COURT COLLECTIONS TO SET UP AN ACCOUNT FORTHWITH / WITHIN 72 HOURS OF RELEASE FROM CUSTODY.
☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.

CREDIT FOR TIME SERVED
_____ DAYS LOCAL
_____ DAYS STATE INST.
_____ DAYS PC4019/2933.1
_____ TOTAL DAYS CREDIT

☐ DEFENDANT REMANDED TO CUSTODY OF SHERIFF.  ☐ WITHOUT BAIL.  ☐ WITH BAIL SET AT $ _____
☐ DEFENDANT TO REMAIN AT LIBERTY  ☐ ON BOND POSTED $ _____  ☐ ON PROBATION.  ☐ ON DEJ.  ☐ ON OWN / SUPERVISED RECOGNIZANCE.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY  ☐ ON PROBATION.  ☐ ON OWN / SUPERVISED RECOGNIZANCE.  ☐ ON DEJ.  ☐ THIS CASE ONLY.
☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION.  ☐ PER PC 1203.03.  ☐ PER WI 707.2.
_____ CONTINUED TO / SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION
OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON: _____
☐ EVIDENTIARY HEARING ON THE PROBATION REVOCATION ALLEGATION TO BE HEARD CONCURRENTLY WITH THE PRELIMINARY HEARING.

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $ _____  ☐ SERVICE FORTHWITH.  ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED / ORDERED _____ IS RECALLED / RESCINDED.
☐ BAIL IS  ☐ EXONERATED.  ☐ FORFEITED. AMOUNT $ _____ BOND NO. _____
BOND COMPANY _____ AGENT _____

☐ PROCEEDINGS SUSPENDED  ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: _____

☐ PROBATION TO PREPARE SUPP. REPT. / SUBMIT POST-SENT REPT TO CDC PER PC1203c.  ☐ REPT. TO REG. OF VOTERS.  ☐ DMV ABSTRACT. B.A.C. _____
☐ CONCURRENT WITH / CONSECUTIVE TO _____

Def's PC1203.4 Petition is granted.
Order signed and filed

_____
JUDGE OF THE SUPERIOR COURT

SDSC CRM-2B (Rev. 5-05)

Exhibit  A , Page  3

# EXHIBIT B

Exhibit _B_, Page _4_

F I L E D
Clerk of the Superior Court

MAY 23 2006

By: A. Gerba, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| ANIMAL PROTECTION & RESCUE LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE PIERCE,<br><br>Defendant,<br><br>KRISTINA CAMPBELL, et al.,<br><br>Employees. | Case No: GIC863195<br><br>ORDER OF DISMISSAL OF EMPLOYER'S PETITION FOR INJUNCTION PROHIBITING VIOLENCE OR THREATS OF VIOLENCE AGAINST EMPLOYEE (Workplace Violence) |

The Petition of Employer for Injunction Prohibiting Violence or Threats of Violence Against Employees (Workplace Violence) of plaintiff Animal Protection & Rescue League, seeking CCP § 527.8 protection for employees Kristina Campbell, James Hudnall, Amanda Hosler, Janice Stanger, Dorota Valli and Saul Alarcon Farfan came on regularly for hearing on April 12 and 13, 2006, in Department 25 of the above-entitled court, the Honorable Laura Birkmeyer, Judge Presiding. The plaintiff was represented by Bryan W. Pease, Esq., and defendant David Wayne Pierce by Kennerson & Grant, LLP, and Paul Kennerson, Esq.

The Court reviewed the pleadings, documents and files in this case and heard the testimony of witnesses Kristina Campbell, Janice Stanger, Saul Alarcon Farfan, Amanda Hosler

1
ORDER OF DISMISSAL

Exhibit B, Page 5

and Dorota Valli. The Court also received and reviewed documentary evidence. Upon the conclusion of plaintiff's case, defendant moved the Court for its order of dismissal, which the Court took under submission. The Court having considered the hearings and proceedings herein, the points and authorities submitted by the parties, all cases and authorities brought to the Court's attention by counsel or which the Court otherwise reviewed and Good Cause appearing therefore, it is Ordered as follows:

That the motion be, and it is hereby, granted, dismissing the petition herein. Plaintiff has not presented, as to any of the employees sought to be protected, clear and convincing evidence of violence or a credible threat of violence as defined in California Code of Civil Procedure § 527.8.

The petition is dismissed without prejudice. The evidence adduced during trial is not foreclosed from use if such evidence should in any future proceeding become legally relevant and admissible.

IT IS SO ORDERED.

Dated: May 23, 2006

JUDGE OF THE SUPERIOR COURT

APPROVED AS TO FORM:

Bryan W. Pease, Esq.

# EXHIBIT C

Exhibit _C_, Page _1_

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Bryan W. Pease (SBN 239139)<br>302 Washington St. #404<br>San Diego, CA 92103 | 619-298-2373 | **FILED**<br>Clerk of the Superior Court<br>JUL 02 2007<br>By: ROBIN SMITH, Deputy |
| ATTORNEY FOR (Name): Animal Protection and Rescue League | | |
| Insert name of court and name of judicial district and branch court, if any:<br>San Diego Superior Court | | |
| PLAINTIFF/PETITIONER: Animal Protection and Rescue League | | |
| DEFENDANT/RESPONDENT: David Wayne Pierce | | |
| **REQUEST FOR DISMISSAL**<br>[✓] Personal Injury, Property Damage, or Wrongful Death<br>[ ] Motor Vehicle  [✓] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[ ] Other (specify): | | CASE NUMBER:<br>IC871345 |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice   (2) [✓] Without prejudice
   b. (1) [✓] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):                    on (date):
      (4) [ ] Cross-complaint filed by (name):                    on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [ ] Other (specify):*

Date: June 28, 2007

Bryan W. Pease
...............................................
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

► _(signature)_

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

► _____ (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)
3. [✓] Dismissal entered as requested on (date): JUL 02 2007
4. [ ] Dismissal entered on (date):              as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):

6. [ ] a. Attorney or party without attorney notified on (date): JUL 05 2007
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed   [ ] means to return conformed copy

Date: JUL 05 2007           Clerk, by _Robin Smith_ , Deputy
                                        ROBIN SMITH
                                                          Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

Exhibit _C_, Page _8_

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT D

Exhibit _D_, Page _9_

Return to Request Ruling

The following is a TENTATIVE ruling for 11/17/2006,
Department 72, the Honorable Kevin A. Enright presiding.

Case Number IC871345

Defendant David Wayne Pierce's Motion for an Order pursuant to CCP section 1030 that Plaintiff Animal Protection & Rescue League, a foreign corporation, be required to post a bond to cover potential attorney's fees and costs, is denied.

Initially, the causes of action alleged, conversion, do not arise from D's free speech or associational activities, but from D's alleged criminal activity. Even if the c/a alleged could be said to arise from D's engagement in free speech or associational activity, the P has shown a reasonable probability of prevailing such that D would not be entitled to an award of attorney's fees or costs under CCP 425.16. Thus there is no statutory basis which would support this Court's discretionary grant of this motion.

Contrary to P's argument, it appears the statutory language of CCP 92(d) and (e), when read together, would permit an anti-SLAPP motion to be brought in a limited jurisdiction case.

The Court declines to award any attorney's fees incurred in the defense of this motion as said motion was neither frivolous nor intended to delay or harass.

Oral Argument Policy

This ruling is a tentative ruling pursuant to California Rule of Court 324. Unless modified or vacated by oral argument, the tentative ruling will become the final order of the Court. [See California Rule of Court 324] Parties appearing for oral argument must appear on the date and at the time noticed for the hearing. Failure to appear will be deemed waiver of oral argument. Unless otherwise ordered, no further order is to be prepared after the hearing. The prevailing party is to prepare and serve notice of this ruling pursuant to CCP Section 1019.5.

This ruling file posted to web server: 11/16/2006 2:01:11 PM
This ruling file retrieved by browser: 11/17/2006 8:38:30 AM

Exhibit D, Page 10