BRYAN W. PEASE (SB# 239139)
302 Washington St. #404
San Diego, CA 92103
ph: (619) 723-0369
fax: (619) 923-1001
email: bryanpease@bryanpease.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a nonprofit corporation, and DOROTA VALLI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF CALIFORNIA, THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION, MAYOR JERRY SANDERS, AND DOES 1 TO 100,<br><br>Defendants. | Civil Action, Case No. 07 CV 2320 JM AJB<br><br>SUPPLEMENTAL DECLARATION OF BRYAN W. PEASE<br><br>Date: February 21, 2008 |

Pursuant to 28 U.S.C. § 1746, I, BRYAN W. PEASE, declare the following:

1. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2. I am an attorney licensed to practice in the Southern District of California and am the attorney of record for plaintiffs in the above action.

3. At the February 21 hearing on the above matter, the Court asked for the source of the document excerpted in the Declaration of Dorota Valli in Support of Reply in Support of

1
DECLARATION OF BRYAN W. PEASE
CASE NO. 07 CV 2320 JM AJB

Preliminary Injunction, Exhibit B.

4.      The document excerpted is the Legislative History of the MMPA (1981); House Report No. 97-228.  Primary Citation: 1981 U.S.C.C.A.N. 1458.  Alternate Citation: H.R. 97-228, 97th Cong., 1st Sess. 1981, reprinted at 1982 U.S.C.C.A.N. 1458.  The complete document is available at http://www.animallaw.info/statutes/stus1981usccan1458.htm.

5.      Exhibit A to the same declaration is an excerpt of the House Report (Merchant Marine and Fisheries Committee) No. 92-707, MARINE MAMMAL PROTECTION ACT OF 1972.  Primary Citation: U.S.C.C.A.N. 4144, 1971 WL 11285 (Leg.Hist.)  Alternate Citation: H.R. REP. 92-707, H.R. Rep. No. 707, 92ND Cong., 2ND Sess. 1972, 1972.  That complete document is available at http://www.animallaw.info/statutes/stusfd1972usccan4144.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 21, 2008

By: s/ Bryan W. Pease_____
    Bryan W. Pease