# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Animal Protection et al

                 V.                    **JUDGMENT IN A CIVIL CASE**

The State of California et al

                            CASE NUMBER:   07cv2320-JM(AJB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court abstains from exercising subject matter jurisdiction over the action. The Clerk of Court is instructed to dismiss the action and deny all pending motions as moot.

| February 28, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                      S/ T. Lee
                                                    (By) Deputy Clerk
                                                    ENTERED ON February 28, 2008