**FILED**
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

APR 0 7 2008

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

FILED ___
DOCKETED ___
DATE    INITIAL

Re: USCA No: **08-55319**
USDC No:   07cv2320 JM (AJB)
**Animal Protection and Rescue League, et al v. The State of CA, et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| | Copy of the Notice of Appeal | | Docket Entries |
| | Case Information/Docket Fee Payment Notification Form | | |
| | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in | set(s) of | volume(s). |
| | Reporter's transcript's transcripts in | set(s) of | volume(s). |
| | Clerk's supplemental record in | set(s) of | volume(s). |
| | Exhibits in | envelope(s) | box(es) | folders(s) |
| | Judgement Order | OR | F/P Order |
| | CJA Form 20 | OR | Minute Order |
| ✖ | Certificate of Record | OR | Mandate Return |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   04/3/08

By: **L. Hammer**
Lauren Hammer, **Deputy**