**FILED**
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**FILED**
JUL 28 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANIMAL PROTECTION AND RESCUE LEAGUE, a non profit corporation; DOROTA VALLI, an individual,<br><br>        Plaintiffs - Appellants,<br><br>VALERIE O'SULLIVAN,<br><br>        Intervenor - Intervenor,<br><br>v.<br><br>STATE OF CALFORNIA; THE CITY OF SAN DIEGO DEPARTMENT OF PARKS AND RECREATION; JERRY SANDERS, Mayor; DOES, 1 to 100,<br><br>        Defendants - Appellees. | No. 08-55319<br><br>D.C. No. 07-CV-2320-JM-AJB<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

\* Before: KOZINSKI, Chief Judge, ALDISERT and D.W. NELSON, Circuit Judges.

The members of the panel that decided this case voted unanimously to deny the petition for rehearing. Chief Judge Kozinski voted to deny the petition for rehearing en banc and Judges Aldisert and D. W. Nelson so recommend.

---

    \*     The Honorable Ruggero J. Aldisert, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. (Fed. R. App. P. 35.)

The petition for rehearing and the petition for rehearing en banc are denied.